**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL ("UEFA") FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 26-mc-___ |

**UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL'S *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FROM FIFA (AMERICAS), INC., AND FWC2026 US, INC. FOR USE IN A FOREIGN PROCEEDING**

# TABLE OF CONTENTS


TABLE OF AUTHORITIES .......... iii

PRELIMINARY STATEMENT .......... 1

FACTUAL BACKGROUND .......... 4

I. THE ORGANIZATION AND GOVERNANCE OF WORLD FOOTBALL .......... 4

A. FIFA: The Governing Body Of World Football .......... 4

B. UEFA's Role Within FIFA And World Football .......... 7

C. FIFA's Member-Driven Governance Structure .......... 8

II. THE ENDURING HISTORY OF CORRUPTION AMONG FIFA OFFICIALS .......... 10

A. FIFA's Unchecked Power And History Of Corruption And The Attempted Governance Reforms .......... 10

B. Infantino's Efforts To Subvert FIFA's Governance Reforms For His Own Benefit .......... 11

III. THE FFE PROPOSAL .......... 18

A. The Precursor To The FFE Proposal .......... 18

B. The Secret Development And Procedural Breakdown Of The FFE Proposal .......... 19

1. A Proposal Conceived Outside FIFA's Established Procedures And Developed By A Small Circle Including Infantino, Kushner, And Maffei .......... 20

2. FIFA's Own Leadership And Members Were Kept Outside The Process .......... 22

3. The Waldorf Astoria Ultimatum .......... 24

C. The Substantive Deficiencies Of The FFE Proposal .......... 25

1. A Permanent Sale of Core Commercial Assets Without Any Demonstrated Need For Capital .......... 26

2. No Competitive Sale Process And No Independent Test Of Value .......... 27

3. A Financial Inducement To The Members Asked To Approve It .......... 32

4. Serious And Unresolved Conflicts Of Interest .......... 34

IV. THE FALLOUT FROM THE FFE PROPOSAL ....................35

A. The FFE Proposal Provoked An Immediate And Global Rejection ....................35

1. FIFA's Members And Confederations Rejected The Process .................. 35

2. The Wider Football And Geo-Political Communities Reached The Same Conclusion .................... 36

3. FIFA's Own Senior Officials Broke With President Infantino ................ 37

4. The U.S. Congress Is Also Investigating FIFA .................... 38

B. Infantino Withdraws The FFE, Apologizes, And Fails To Resolve The Governance Crisis ....................39

V. THE CONTEMPLATED SWISS CRIMINAL PROCEEDING AND THIS ACTION ...40

A. UEFA Is Contemplating Bringing A Swiss Criminal Proceeding Against Infantino And Other FIFA Officials ....................40

B. This Application: Discovery From FIFA Americas And FWC2026 In Aid Of The Contemplated Swiss Proceeding....................41

MEMORANDUM OF LAW ....................45

I. THE APPLICATION SHOULD BE GRANTED BECAUSE IT SATISFIES ALL OF THE REQUIREMENTS OF 28 U.S.C. § 1782 ....................45

II. DISCRETIONARY CONSIDERATIONS FURTHER COUNSEL GRANTING THE APPLICATION ....................49

III. THE COURT SHOULD DIRECT FIFA AMERICAS AND FWC2026 TO PRESERVE RELEVANT EVIDENCE ....................52

CONCLUSION....................53

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Absolute Activist Value Master Fund Ltd. v. Devine*,
2025 WL 764608 (11th Cir. Mar. 11, 2025)....46

*In re Alianza Fiduciaria S.A.*,
2013 WL 6225179 (S.D. Fla. Oct. 24, 2013)....45, 52

*In re Application of Alves Braga*,
789 F. Supp. 2d 1294 (S.D. Fla. 2011)....45

*In re Application of Bracha Foundation*,
663 F. App'x 755 (11th Cir. 2016)....48

*Application of Consorcio Ecuatoriano de Telecomunicaciones S.A. v. JAS Forwarding (USA), Inc.*,
747 F.3d 1262 (11th Cir. 2014)....46, 47, 48

*Application of Furstenberg Fin. SAS v. Litai Assets LLC*,
877 F.3d 1031 (11th Cir. 2017)....47

*In re Application of Mesa Power Group, LLC*,
878 F. Supp. 2d 1296 (S.D. Fla. 2012)....50

*In re Application of Telf AG*,
2026 WL 1429285 (S.D. Fla. May 21, 2026).... *passim*

*In re Clerici*,
481 F.3d 1324 (11th Cir. 2007)....45, 46, 49, 51

*Ecoprivate Bus. Ltd. v. Clearing House Payments Co.*,
2023 WL 4848516 (S.D.N.Y. July 28, 2023)....47, 49, 50, 52

*Gonzalez v. Verfruco Foods, Inc.*,
2023 WL 1794391 (11th Cir. Feb. 7, 2023)....47

*Hertz Corp. v. Friend*,
559 U.S. 77 (2010)....46

*Hyundai Motor Am. Corp. v. EFN W. Palm Motor Sales, LLC*,
343 F.R.D. 230 (S.D. Fla. 2022)....52

*Intel Corp. v. Advanced Micro Devices, Inc.*,
542 U.S. 241 (2004)........................................................................................... *passim*

*In re Pinchuk*,
2013 WL 5574342 (S.D. Fla. Sept. 20, 2013) ..........................................................45

*In re Pons*,
614 F. Supp. 3d 1134 (S.D. Fla. 2020) ....................................................................50

*In re Tcherassi*,
2023 WL 2866429 (S.D. Fla. Feb. 6, 2023) ..............................................................52

*In re Venequip, S.A. v. Kelly Tractor Co.*,
No. 21-cv-23754, 2021 LX 84904 (S.D. Fla. Oct. 28, 2021) ......................................51

*Weber v. Finker*,
554 F.3d 1379 (11th Cir. 2009) ...........................................................................47, 50

**Statutes**

28 U.S.C. § 1782........................................................................................................ *passim*

Swiss Criminal Code art. 158 .............................................................................40, 44

Applicant Union des Associations Européennes de Football ("UEFA") respectfully petitions this Court, *ex parte*, for an order pursuant to 28 U.S.C. § 1782, authorizing UEFA to take discovery from FIFA (AMERICAS), Inc. ("FIFA Americas") and FWC2026 US, Inc. ("FWC2026"), for use in a contemplated criminal proceeding to be brought against Gianni Infantino ("Infantino"), the President of Fédération Internationale de Football Association ("FIFA"), in the courts of Switzerland. UEFA further petitions this Court for an order authorizing UEFA to serve FIFA Americas and FWC2026 with subpoenas *duces tecum* and subpoenas *ad testificandum*, substantially in the form of the proposed subpoenas attached to the Declaration of Andrew J. Levander, attached as **Exhibit A**, filed in support of this Application.

## PRELIMINARY STATEMENT

UEFA is the governing body of European football. It is composed of 55 national associations out of the 211 member associations in FIFA. Together with the five other confederations recognized by FIFA—the international self-regulatory association of world football—UEFA is one of the principal institutional stewards of the sport's flagship event—the FIFA World Cup—whose commercial value UEFA has publicly stated "cannot be treated as an investment product" and "is not FIFA's to sell." UEFA has nine seats on the FIFA Council, which is the governing body that FIFA's Statutes vest with exclusive authority to decide how FIFA's commercial rights are to be promoted.

Nevertheless, on July 28, 2026, without consulting the FIFA Council, UEFA, or any of the other confederations, or any of the 211 FIFA member associations, Infantino, purportedly acting on behalf of FIFA, publicly announced a plan to place the commercial rights to the men's and women's World Cups and the Club World Cup into a new subsidiary: "FIFA Forward Enterprise" ("FFE"). That announcement by Infantino was the public unveiling of a plan that he and a small circle of co-conspirators had conceived and reportedly been developing in secret for more than a

year. Infantino claimed that the plan would "unleash the commercial potential and opportunity that FIFA has." In truth, it was a vehicle for Infantino and that small circle to acquire a permanent stake in and otherwise profit from FIFA's most valuable assets to the detriment of FIFA, its members, and other parties within the football family.

Specifically, Infantino unilaterally designated Thrive Eternal, a permanent-capital investment vehicle controlled by Joshua Kushner and affiliated with Thrive Capital, to lead the investor group, while Greg Maffei, CEO of BANN Ventures and formerly President and CEO of Liberty Media, was retained as Infantino's "key commercial adviser" on the transaction. Infantino pushed the plan through internal FIFA approval only days earlier at a hastily convened meeting where a limited number of FIFA's management officials and employees—some of whom had never heard of the plan—were given mere hours to sign off on an unprecedented multi-billion-dollar scheme. Under the terms Infantino announced, those investors stood to acquire a permanent financial interest in FIFA's commercial arm for $4.2 billion, implying an absurdly low enterprise value of only approximately $20 billion, a figure that was neither the product of an open, competitive auction, nor tested by any independent valuer.

The plan collapsed within days, undone by a near-universal revolt among professional football players, teams, and associations, and by widespread condemnation from fans, politicians, and media across the globe. UEFA itself held an emergency meeting on July 30, 2026, where its 55 member associations unanimously decided to not participate in any FIFA competition, including the World Cup itself, unless the plan was completely withdrawn, a position the Confederation of North, Central America and Caribbean Association Football ("CONCACAF") and the Asian Football Confederation separately joined. The next day, Carlos Cordeiro—Infantino's senior advisor on global strategy and governance and the former president of the U.S.

Soccer Federation—resigned in protest, calling the plan "a bad deal for FIFA's Member Associations, a bad deal for football, and a bad deal for the long-term future of the game." By August 1, 2026, Infantino conceded the transaction as proposed would not proceed. The withdrawal of the transaction did not, however, restore confidence in the process by which it was developed or in the officials who developed it. FIFA's Chief Operating Officer (now since relieved of his duties) publicly stated that FIFA's staff had been "deceived," and FIFA's own Secretary General is reported to have been excluded from the drafting of the proposal.

By that point, UEFA had already served FIFA and several other individuals and entities with formal document preservation notices, informing them that UEFA is actively considering legal action arising out of and in connection with the FFE plan proposed by FIFA. More specifically, UEFA and other interested parties are preparing to bring criminal claims in Switzerland against Infantino and possibly other FIFA officials and advisors for criminal mismanagement under Article 158 of the Swiss Criminal Code and such further or alternative charges as the developed factual record may support, arising out of the secretive structuring, valuation, financing, and marketing of a transaction that inflicted direct and concrete injury on FIFA's reputation, governance authority, and commercial relationships to the detriment of FIFA as well as its 211 members, including UEFA's 55 member associations.

As FIFA's domestic operational arm and the entity responsible for hosting the 2026 World Cup, respectively, FIFA Americas and FWC2026 are among the entities best positioned to know how the FFE transaction was originated, structured, valued, and approved within FIFA, and what communications Infantino exchanged with Maffei, Kushner, and other advisors and participants in the scheme. The valuation, governance, and deal-structuring records held by FIFA Americas and FWC2026 are directly probative of whether the $4.2 billion price reflected an arm's-length

valuation of FIFA's commercial rights or, as the public record indicates, a fraudulently off-market price promoted by Infantino for his own benefit. FIFA Americas and FWC2026 are Florida corporations that share a principal office at 396 Alhambra Circle, Suite 400, Coral Gables, FL 33134, and the documents, communications, and witnesses bearing on how the FFE transaction was originated, structured, valued, financed, and marketed reside within FIFA Americas' and FWC2026's custody and control in this District.

By this Application, UEFA respectfully requests leave under 28 U.S.C. § 1782 to serve subpoenas on FIFA Americas and FWC2026 for the production of documents and communications and for Rule 30(b)(6) deposition testimony from FIFA Americas and FWC2026, on the topics set out in the accompanying subpoena. In accordance with § 1782, which explicitly authorizes discovery in support of foreign criminal proceedings, these materials are for use in the contemplated Swiss criminal proceedings described in Part V below.

## FACTUAL BACKGROUND

## I. THE ORGANIZATION AND GOVERNANCE OF WORLD FOOTBALL

### A. FIFA: The Governing Body of World Football

FIFA is the worldwide governing body for international football, the world's most popular sport.[1] Founded in 1904, FIFA is a Swiss nonprofit association composed of 211 national football associations from around the world.[2] Through those members, FIFA stands at the head of an

---

[1] *See* Declaration of Andrew J. Levander (Aug. 27, 2026) ("Levander Decl."), Ex. 1, Inside FIFA, *Organisation*, FIFA (2023), https://inside.fifa.com/organisation; *see also* Levander Decl. Ex. 2, FIFA, Football Unites the World: Strategic Objectives for the Global Game: 2023-2027, 63 (Dec. 16, 2023), https://digitalhub.fifa.com/m/38577b5ce4c3cc23/original/FIFA-Strategic-Objectives-for-the-Global-Game_2023_2027_EN.pdf.

[2] *See* Levander Decl. Ex. 1; Levander Decl. Ex. 3, FIFA Statutes (2024 ed.), art. 1, https://digitalhub.fifa.com/m/16d1f7349fa19ade/original/FIFA-Statutes-2024.pdf; Levander Decl. Ex. 4, FIFA, *Annual Report 2025: Notes to the Consolidated Financial Statements, Material Accounting Policies*, https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/material-accounting-policies.

organized system of football that reaches virtually every country in the world.[3] FIFA's reach and prominence are, therefore, difficult to overstate.

FIFA's flagship competition, the FIFA World Cup, is among the largest and most valuable sporting events in the world.[4] The 2026 World Cup, the first 48-team edition, drew a record 6,810,966 spectators to 104 matches across the United States, Canada and Mexico—an average of 65,490 per match, with the sixteen venues filled to 99.7 percent of capacity, and total fans exceeding the 2018 and 2022 editions combined.[5] FIFA projected at least $8.9 billion in World Cup revenue for 2026 alone, compared to a budgeted $11 billion for the entire 2023–2026 cycle

---

[3] *See* Levander Decl. Ex. 5, Inside FIFA, *Member Associations*, FIFA (2023), https://inside.fifa.com/associations; Levander Decl. Ex. 6, Janina Nuno Rios and Angelica Medina, *How World Soccer Is Governed: FIFA, UEFA and the Balance of Power*, Reuters (July 29, 2026), https:////reuters.com/sports/soccer/how-world-soccer-is-governed-fifa-uefa-balance-power-2026-07-29/.

[4] *See, e.g.*, Levander Decl. Ex. 7, Pamela N. Danziger, *Behind the $10.5 Billion Brand Spending Spree at the 2026 FIFA World Cup*, Forbes (June 5, 2026), https:////forbes.com/sites/pamdanziger/2026/06/05/why-brands-are-investing-billions-in-the-2026-fifa-world-cup/; Levander Decl. Ex. 8, Andreas De Rosi, *How FIFA Turns the 2026 World Cup Into a $13 Billion Machine* (June 13, 2026), https:////mappr.co/fifa-world-cup-2026-revenue/; Levander Decl. Ex. 9, Inside FIFA, *More Than Half the World Watched Record-Breaking 2018 World Cup*, FIFA (Dec. 21, 2018), https://inside.fifa.com/tournaments/mens/worldcup/2018russia/media-releases/more-than-half-the-world-watched-record-breaking-2018-world-cup.

[5] *See, e.g.*, Levander Decl. Ex. 10, Victoria Hernandez, *Total Record-Breaking Attendance Numbers Revealed for 2026 World Cup*, USA Today (July 19, 2026), https:////usatoday.com/story/sports/soccer/worldcup/2026/07/19/total-attendance-2026-world-cup-united-states-canada-mexico/90976518007/; Levander Decl. Ex. 11, *2026 World Cup Sets All-Time Attendance Record with More Than 6.8 Million Spectators*, Brussels Times (July 20, 2026), https:////brusselstimes.com/2238194/2026-world-cup-sets-all-time-attendance-record-with-more-than-6-8-million-spectators; Levander Decl. Ex. 12, Inside FIFA, *FIFA President Delighted by 'Record-Smashing' FIFA World Cup 2026*, FIFA (July 20, 2026), https://inside.fifa.com/organisation/president/news/gianni-infantino-world-cup-2026-reaction-records; Levander Decl. Ex. 13, *2026 FIFA World Cup Breaks Another Record, Surpassing Combined Attendance of Russia 2018 and Qatar 2022*, beIN Sports (July 12, 2026), https:////beinsports.com/en-us/soccer/fifa-world-cup-2026/articles/2026-fifa-world-cup-breaks-another-record-surpassing-the-combined-attendance-of-russia-2018-and-qatar-2022-2026-07-12.

(which Infantino subsequently reported would be $15 billion following the completion of the 2026 World Cup).[6]

Despite FIFA's commercial success, it is ***not*** a commercial corporation operated for the benefit of shareholders or private owners.[7] Rather, it is a nonprofit membership association whose stated mission is to promote, develop, and protect football for the benefit of the sport worldwide.[8] Its purported objectives include expanding and improving football around the world, organizing international competitions, developing the women's game, promoting football's educational, cultural, and unifying values, and, of course, protecting the sport from corruption.[9] FIFA's considerable power and resources thus exist, by design, to advance the interests of the sport of football and the worldwide football community it serves.[10]

---

[6] *See, e.g.*, Levander Decl. Ex. 14, Paul Nicholson, *FIFA Reports $2bn Upward Budget Revision to $11bn for 2023-26 Cycle*, Inside World Football (May 16, 2025), https:///insideworldfootball.com/2025/05/16/fifa-reports-2bn-upward-budget-revision-11bn-2023-26-cycle; Levander Decl. Ex. 15, Matt Hughes, *The $13bn World Cup: How the Numbers Stack Up on FIFA's 2026 Balance Sheet*, The Guardian (Apr. 30, 2026), https:////theguardian.com/football/ng-interactive/2026/apr/30/the-13bn-world-cup-how-the-numbers-stack-up-on-fifas-2026-balance-sheet; Levander Decl. Ex. 16, Chris Weatherspoon, *The BookKeeper — Exploring FIFA's Finances: Where the Money Comes from and Where It Goes*, The New York Times (July 9, 2026), https:////nytimes.com/athletic/7330307/2026/07/09/fifa-finances-bookkeeper-analysis/; Levander Decl. Ex. 17, Nick Ames and Matt Hughes, *FIFA to Announce Record $15bn World Cup Revenue, Smashing Expectations*, The Guardian (July 18, 2026), https:///theguardian.com/football/2026/jul/18/fifa-record-15bn-world-cup-revenue.

[7] *See* Levander Decl. Ex. 18, David Suggs (The Sporting News), *Who Owns FIFA? How Soccer Organization Works and Where Its Money Goes*, Yahoo Sports (July 29, 2026), https://sports.yahoo.com/articles/owns-fifa-soccer-organization-works-192657800.html; *see also* Levander Decl. Ex. 19, Angel Nakamura, *How FIFA Really Works: From the Structure, Members, Functions and Power Behind International Soccer*, Marca (July 31, 2026), https://marca.com/en/football/international-football/2026/08/01/how-fifa-really-works-from-the-structure-members-functions-and-power-behind-international-soccer.html.

[8] *See* Levander Decl. Ex. 3 at art. 1–2; Levander Decl. Ex. 1.

[9] *See* Levander Decl. Ex. 3 at art. 2.

[10] *See* Levander Decl. Ex. 3 at art. 2; Levander Decl. Ex. 18; Levander Decl. Ex. 20, *Factbox: What Is FIFA and Why Is It Such an Important Organization*, Reuters (May 20, 2015), https://reuters.com/article/us-soccer-fifa-factbox/factbox-what-is-fifa-and-why-is-it-such-an-important-organization-idUSKBN0O603Z20150521/.

### B. UEFA's Role Within FIFA And World Football

FIFA's members are organized geographically into six regional confederations, of which none is more consequential to the governance, economics, or competitive success of the global game than UEFA—the confederation representing Europe.[11] Like FIFA, UEFA is a Swiss nonprofit association, and its members are the 55 national football associations responsible for governing the sport throughout Europe, including the associations of England, France, Germany, Italy, and Spain, among others.[12] UEFA, as such, is not a direct member of FIFA; however, its 55 member associations *are* members of FIFA and they collectively represent more than one-quarter of FIFA's entire membership and include many of the most commercially valuable and competitively successful football nations in the world.[13] Indeed, three of the four semi-finalists in the 2026 World Cup came from UEFA countries, and UEFA member nations have accounted for approximately 70 percent of all World Cup finalists and a similar proportion of semi-finalists since 2002.[14] UEFA's strength is not just reflected in the field of play but also in its outsized influence within FIFA's governance. UEFA member countries hold nine seats on FIFA's 37-member Council—the largest representation of any confederation.[15] And because UEFA represents 55 (of the 211) FIFA member associations, it serves as one of the principal institutional voices within FIFA representing the interests of a constituency responsible for an outsized share of the global game's sporting and economic value.

---

[11] *See* Levander Decl. Ex. 3 at art. 22; Levander Decl. Ex. 6.

[12] *See* Levander Decl. Ex. 21, UEFA Statutes, art 1.1 (2026 ed.), https://documents.uefa.com/v/u/UEFA-Statutes-Edition-2026-2026-Online; Levander Decl. Ex. 22, *Our Business Model*, UEFA, https:////uefa.com/running-competitions/financial-distribution/our-business-model/; Levander Decl. Ex. 23, *National Associations*, UEFA, https:////uefa.com/nationalassociations/.

[13] Levander Decl. Ex. 6.

[14] *See* Levander Decl. Ex. 24, *FIFA World Cup Champions: 1982–2026*, FIFA (July 18, 2026), https:////fifa.com/en/tournaments/mens/worldcup/articles/world-cup-champions-1982-2026-italy-argentina-germany-brazil-france-spain.

[15] *See* Levander Decl. Ex. 3 at art. 33(1), (4).

### C. <u>FIFA's Member-Driven Governance Structure</u>

At its core, FIFA is intended to be a member-driven organization.[16] Ultimate authority rests with the FIFA Congress, which FIFA's Statutes designate as its "supreme and legislative body."[17] The Congress consists of FIFA's 211 member associations, each of which has one vote.[18] Among other responsibilities, the Congress elects the FIFA President, approves and amends FIFA's governing Statutes, and elects members of FIFA's principal independent bodies.[19]

Beneath the Congress sits the 37-member FIFA Council, which sets FIFA's strategic direction and oversees the organization between meetings of the Congress.[20] Importantly, the President does not select the Council; its members are elected through FIFA's six regional confederations, ensuring that FIFA's constituent membership is represented in the organization's principal governing body.[21] The Council in turn delegates day-to-day administration to a professional general secretariat headed by the Secretary General.[22] FIFA therefore operates through three institutional layers: a Congress representing all 211 members, a Council with representatives elected by the 211 member associations at their respective Confederation congress and, therefore, representing all the confederations and setting strategic direction, and a general secretariat responsible for implementing that direction.[23]

The FIFA President sits within—not above—that structure. The President is elected by FIFA's members to represent the organization and preside over the Congress and Council; the

[16] *See* Levander Decl. Ex. 3 at arts. 24(1), 26(1); *see also* Levander Decl. Ex. 5.
[17] Levander Decl. Ex. 3 at art. 24(1).
[18] *See* Levander Decl. Ex. 3 at art. 26(1); *see also* Levander Decl. Ex. 5.
[19] Levander Decl. Ex. 3 at arts. 28(2), 33(2), 43(3), 44(5).
[20] Levander Decl. Ex. 3 at art. 33(1); *see also* Levander Decl. Ex. 25, Inside FIFA, *FIFA Council*, FIFA, https://inside.fifa.com/organisation/fifa-council.
[21] *See* Levander Decl. Ex. 3 at art. 33(3).
[22] *See* Levander Decl. Ex. 3 at arts. 36–37.
[23] *See* Levander Decl. Ex. 3 at art. 24, 33, 36.

office does not confer ownership or unilateral control over FIFA or its assets.[24] The President has no vote in the Congress and ordinarily only one vote among the 37 members of the Council.[25] Even FIFA's enormously valuable commercial rights are institutionally controlled: Although FIFA owns the rights arising from its competitions, the Statutes provide that the Council "shall decide alone" whether and how those rights are promoted, including whether FIFA will do so itself, jointly with third parties, or through third parties.[26] Moreover, the Council is responsible for defining FIFA's mission, strategic direction, policies and values, which in turn the FIFA President, together with the Secretary General, are obligated to support and implement.[27]

FIFA's framework also imposes obligations designed to ensure that those entrusted with its authority exercise it for FIFA's benefit rather than their own. This includes audit, compliance, governance, ethics, and judicial bodies, which oversee the organization and its officials.[28] FIFA also maintains a Code of Ethics that binds its President and senior officials to duties of loyalty, diligence, and fidelity to FIFA's interests, requires disclosure of conflicts, and prohibits bribery and misappropriation.[29] The members of FIFA's Audit and Compliance, Governance, Ethics, and other judicial committees are elected by the Congress, and the office of the FIFA President sits within that same electoral structure.[30] Notably, however, the President convenes and presides over the Congress that elects, retains and can remove the people serving on these committees.[31]

---

[24] *See* Levander Decl. Ex. 3 at arts. 33(2), 35; Levander Decl. Ex. 18.
[25] *See* Levander Decl. Ex. 3 at arts. 33(2), 35.
[26] *See* Levander Decl. Ex. 3 at art. 59(1)–(2).
[27] *See* Levander Decl. Ex. 3 at arts. 34(1), 35(2).
[28] *See* Levander Decl. Ex. 3 at arts. 33(1), 43, 44–47.
[29] *See* Levander Decl. Ex. 26, FIFA, FIFA Code of Ethics (2023 ed.), arts. 2.1, 14.1, 16, 20–21, https://digitalhub.fifa.com/m/4f048486c1f7293c/original/FIFA-Code-of-Ethics-2023.pdf; *see also* Levander Decl. Ex. 3 at art. 46.
[30] *See* Levander Decl. Ex. 3 at arts. 33(2), 43(3), 44(5).
[31] *See* Levander Decl. Ex. 3 at arts. 35(4), 43(3), 44(5).

## II. THE ENDURING HISTORY OF CORRUPTION AMONG FIFA OFFICIALS

### A. FIFA's Unchecked Power And History Of Corruption And The Attempted Governance Reforms

FIFA's extraordinary power over world football has operated largely without meaningful internal constraint, with accountability coming principally through external forces, including political pressure, public scrutiny, and intervention through international criminal law enforcement.

In 2001, for example, two of FIFA's media and marketing partners went bankrupt, surfacing allegations that FIFA executives had been bribed. Though no FIFA executive was ever charged in connection with the bankruptcies, evidence of improper conduct by FIFA officials became public in July 2012 through the publication of a report by the public prosecutor of the Canton of Zug, Switzerland.[32] Then, in May 2015, the U.S. Department of Justice unsealed a sweeping indictment charging nine FIFA officials and five sports-marketing executives with racketeering, wire fraud, and money laundering arising from what prosecutors described as a decades-long system of bribery and corruption involving more than $150 million.[33] By 2022, the United States had charged more than 50 defendants and 27 had pleaded guilty.[34] The scandal

[32] *See* Levander Decl. Ex. 27, *Swiss Prosecutor's Full Legal Document Alleging João Havelange 'Received Millions in Bribes,'* The Guardian (July 12, 2012), https:////theguardian.com/football/interactive/2012/jul/12/full-legal-document-joao-havelange; *see also* Levander Decl. Ex. 28, Richard Conway, *Joao Havelange, FIFA's Honorary President, Resigns over Bribes*, BBC (Apr. 30, 2013), https:////bbc.com/sport/football/22351630.

[33] *See* Levander Decl. Ex. 29, U.S. Department of Justice, *Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption*, Office of Public Affairs (May 27, 2015), https:////justice.gov/archives/opa/pr/nine-fifa-officials-and-five-corporate-executives-indicted-racketeering-conspiracy-and; *see also* Levander Decl. Ex. 30, Federal Bureau of Investigation, *More FIFA Officials Charged in Ongoing Corruption Case*, FBI News (Dec. 3, 2015), https:////fbi.gov/news/stories/more-fifa-officials-charged-in-ongoing-corruption-case.

[34] *See* Levander Decl. Ex. 31, U.S. Department of Justice, *Justice Department Announces Additional Distribution of Approximately $92 Million to Victims in FIFA Corruption Case*, Office of Public Affairs (June 30, 2022), https:////justice.gov/archives/opa/pr/justice-department-announces-additional-distribution-approximately-92-million-victims-fifa; *see also* Levander

reached FIFA's highest levels. Longtime FIFA President Joseph "Sepp" Blatter announced his resignation only days after his reelection in 2015 and was subsequently suspended and banned by FIFA's Ethics Committee.[35]

Following the indictments, FIFA formed the 2016 FIFA Reform Committee, tasked with proposing reforms to FIFA's governance intended to restore confidence and strengthen the checks on those entrusted with FIFA's authority.[36] In February 2016, FIFA's members, through the FIFA Congress, adopted the proposed package of governance measures.[37] The same Congress then elected Infantino, who had been a member of the 2016 FIFA Reform Committee (at the time as General Secretary of UEFA), to succeed Blatter as the new FIFA President.[38]

### B. <u>Infantino's Efforts To Subvert FIFA's Governance Reforms For His Own Benefit</u>

The governance reforms adopted in the wake of FIFA's corruption scandals proved no match for Infantino's new efforts to weaken the very safeguards intended to constrain presidential power.[39] Almost immediately upon becoming FIFA's new President, Infantino became the subject

Decl. Ex. 32, *Fifa Awarded $201m in Forfeited Funds After Corruption Probe by US Department of Justice*, BBC (Aug. 24, 2021), https:////bbc.com/sport/football/58323327.

[35] *See* Levander Decl. Ex. 33, Sam Borden, Michael S. Schmidt, and Matt Apuzzo, *Sepp Blatter Decides to Resign as FIFA President in About-Face*, The New York Times (June 2, 2015), https:// //nytimes.com/2015/06/03/sports/soccer/sepp-blatter-to-resign-as-fifa-president.html; *see also* Levander Decl. Ex. 34, *FIFA: Sepp Blatter and Michel Platini Get Eight-Year Bans*, BBC (Dec. 21, 2015), https:////bbc.com/sport/football/35144652.

[36] *See* Levander Decl. Ex. 35, *FIFA Announce Reform Committee to Meet for First Time Next Month*, ESPN (Aug. 20, 2015), https:////espn.com/soccer/story/_/id/37429983/fifa-reform-committee-meet-first-next-month.

[37] *See* Levander Decl. Ex. 36, Inside FIFA, *Extraordinary FIFA Congress Zurich 2016*, FIFA (Dec. 22, 2016), https://inside.fifa.com/news/extraordinary-fifa-congress-zurich-2016-2857429.

[38] *See* Levander Decl. Ex. 36.

[39] *See, e.g.*, Levander Decl. Ex. 37, *Transparency International Concerned by Gianni Infantino's FIFA Changes*, ESPN (May 17, 2016), https:////espn.com/soccer/story/_/id/37470128/ transparency-international-concerned-gianni-infantino-fifa-changes; Levander Decl. Ex. 38, Dorothée Baumann-Pauly, *Also in Play: FIFA's Commitment Without Oversight*, NYU Stern (June 18, 2026), https://bhr.stern.nyu.edu/quick-take/also-in-play-fifas-commitment-without-oversight/ ; Levander Decl. Ex. 39, Stanis Elsborg, *Infantino's FIFA: Ten Years of Power, Politics and So-*

of two investigations. The first arose from Infantino's use of undeclared funds in support of his own campaign for FIFA President.[40] The second arose from allegations that Infantino had offered improper benefits in an attempt to affect the outcome of the election of the president of the Confederation of African Football.[41] In response, in May 2016, Infantino maneuvered to have the FIFA Congress delegate to the Council the authority to elect and dismiss members of FIFA's independent supervisory bodies, which resulted in the immediate resignation of the chairman of FIFA's Audit and Compliance Committee, Domenico Scala.[42] Scala warned that these changes "deprived" the supervisory bodies "of their independence," putting them "in danger of becoming auxiliary agents of those whom they should actually supervise," and that the decision "undermine[d] a central pillar of the good governance of FIFA[.]"[43]

Infantino was also later investigated for using his position within FIFA for his own personal benefit during his first months in office.[44] Among other things, Infantino reportedly billed FIFA for personal items including mattresses, flowers, a tuxedo, an exercise machine and laundry; used private jets provided by or associated with World Cup bidding countries; and demanded FIFA

*Called Ethics*, Play the Game (Apr. 13, 2026), https:////playthegame.org/news/infantino-s-fifa-ten-years-of-power-politics-and-so-called-ethics/.

[40] *See* Levander Decl. Ex. 40, David Conn, *FIFA Ethics Committee Was Investigating Gianni Infantino over Election Expenses*, The Guardian (July 21, 2017), https:////theguardian.com/football/2017/jul/21/fifa-investigating-gianni-infantino-election-expenses.

[41] *See* Levander Decl. Ex. 39.

[42] *See, e.g.*, Levander Decl. Ex. 41, Brian Homewood, *FIFA Reformer Scala Quits Over Loss of Independence*, Reuters (May 15, 2016), https:////reuters.com/article/sports/fifa-reformer-scala-quits-over-loss-of-independence-idUSKCN0Y606Q/; Levander Decl. Ex. 42, Owen Gibson, *FIFA's Independent Audit Committee Chairman Resigns in Protest at Reforms*, The Guardian (May 14, 2016), https:////theguardian.com/football/2016/may/14/domenico-scala-fifa-auditor-resigns-protest; Levander Decl. Ex. 37.

[43] Levander Decl. Ex. 42.

[44] *See* Levander Decl. Ex. 40; Levander Decl. Ex. 43, *Gianni Infantino: FIFA President Cleared in Ethics Probe*, BBC (Aug. 5, 2016), https:////bbc.com/sport/football/36834094.

retain a private driver, whom Infantino then used for his family.[45] Again, in response, Infantino arranged for the removal of the chairmen of both chambers of FIFA's Ethics Committee in 2017; Cornel Borbély—one of the removed chairmen—said his ouster "was unnecessary" and "political" and called it a "setback for the fight against corruption."[46]

That same year, Infantino allegedly used FIFA resources to book a private jet, leading to the opening of a FIFA ethics inquiry and a criminal referral by a Swiss special prosecutor.[47] Though a criminal probe related to his use of a private jet was ultimately dropped, in 2020, Swiss authorities opened different criminal proceedings concerning Infantino's undisclosed meetings with Swiss Attorney General Michael Lauber after Switzerland's Federal Administrative Court found that Lauber had violated his official duties.[48] Lauber subsequently resigned.[49] Infantino later

---

[45] *See* Levander Decl. Ex. 44, Richard Conway, *FIFA President Gianni Infantino to Be Interviewed by Ethics Committee*, BBC (July 14, 2016), https:////bbc.com/sport/football/36795446; Levander Decl. Ex. 45, Paul Nicholson, *Infantino Expense Details Unveil a New Culture of Spending at FIFA*, Inside World Football (June 9, 2016), https:////insideworldfootball.com/2016/06/09/infantino-expense-details-unveils-new-culture-spending-fifa/; Levander Decl. Ex. 40.

[46] Levander Decl. Ex. 46, Rob Harris, *Ousted FIFA Ethics Prosecutor: 'Several 100 Cases' Ongoing*, AP News (May 10, 2017), https://apnews.com/19f5eb144b42441dbaf5fff6b08cbdc7; *see* Levander Decl. Ex. 47, *FIFA: Ousted Ethics Chiefs Were Investigating 'Hundreds' of Cases*, BBC (May 10, 2017), https:////bbc.com/sport/football/39868118; Levander Decl. Ex. 40.

[47] *See* Levander Decl. Ex. 48, Graham Dunbar, *Prosecutor Urges Case Against FIFA President for Private Jet*, AP News (Dec. 10, 2020), https://apnews.com/prosecutor-urges-case-against-fifa-president-for-private-jet-471c8f82c561dc2c8b96be18e34b66f3.

[48] *See, e.g.*, Levander Decl. Ex. 49, *Application to Lift the Immunity of Attorney General Michael Lauber and Commencement of Criminal Proceedings Against Gianni Infantino*, The Swiss Federal Council (July 30, 2020), https:////admin.ch/gov/en/start/documentation/media-releases.msg-id-79942.html; Levander Decl. Ex. 50, David Conn, *FIFA President Gianni Infantino Faces Swiss Criminal Proceedings*, The Guardian (July 30, 2020), https:////theguardian.com/football/2020/jul/30/fifa-president-gianni-infantino-faces-swiss-criminal-proceedings; Levander Decl. Ex. 51, *Swiss Prosecutors End Proceedings Against FIFA Boss Infantino*, Reuters (Oct. 26, 2023), https:////reuters.com/sports/soccer/swiss-prosecutors-end-proceedings-against-fifa-boss-infantino-2023-10-26/.

[49] *See* Levander Decl. Ex. 52, Michael Shields, *Swiss Drop Impeachment of Attorney General After He Agrees to Quit Early*, Reuters (Aug. 19, 2020), https:////reuters.com/article/sports/swiss-drop-impeachment-of-attorney-general-after-he-agrees-to-quit-early-idUSKCN25F1IR/.

obtained use of a private jet provided by Qatar Airways as a value-in-kind element of its sponsorship deal with FIFA.[50]

More recently, in December 2022, Infantino orchestrated a decision that his first thirty-nine months in office, i.e., the remainder of Blatter's 4-year term, would not count as a 'term' for purposes of the 3-term cap adopted in FIFA's own 2016 reforms, apparently allowing Infantino to run again in 2027.[51] And more recently still, Infantino, desperate to shore up support for his anticipated re-election campaign, is reported to have told the Kingdom of Morocco that it could host the 2030 World Cup final if it offered a statement of support for Infantino's re-election bid in 2027.[52]

Infantino's efforts to exploit FIFA's institutions for his own benefit have extended beyond governance and economics to the cultivation of powerful political actors—including the President of the United States—to advance his personal and institutional interests.[53] Infantino's relationship

---

[50] *See* Levander Decl. Ex. 53, Matt Hughes, *Infantino Using Private Jet in Attempt to Watch Two World Cup Matches per Day*, The Guardian (June 16, 2026), https:////theguardian.com/football/2026/jun/16/infantino-private-jet-world-cup-matches.

[51] *See* Levander Decl. Ex. 54, Rob Harris, *FIFA: Gianni Infantino Secures Backing to Potentially Extend Presidency Until 2031*, Sky News (Dec.17, 2022), https://news.sky.com/story/fifa-gianni-infantino-secures-backing-to-potentially-extend-presidency-until-2031-12769547; Levander Decl. Ex. 55, Ali Iveson, *Infantino Could Lead FIFA Until 2031 as Council Says First 39 Months Did Not Count Towards Term Limits*, Inside the Games (Dec. 16, 2022), https:///insidethegames.biz/articles/1131712/infantino-term-limits.

[52] *See* Levander Decl. Ex. 56, Antonio Pequeño IV, *Infantino Offers Morocco 2030 World Cup Final in Exchange for Support, Report Says*, Forbes (Aug. 5, 2026), https:////forbes.com/sites/antoniopequenoiv/2026/08/05/infantino-offers-morocco-2030-world-cup-final-in-exchange-for-support-report-says; Levander Decl. Ex. 57, Chris Cwik and Jason Owens, *FIFA Claims Infantino Has Some Board Support amid Calls for His Resignation, Denies Report That He Promised Morocco World Cup Final in Exchange for Re-Election Support*, Yahoo Sports (Aug. 5, 2026), https://sports.yahoo.com/soccer/breaking-news/article/gianni-infantino-offered-2030-world-cup-final-to-morocco-in-exchange-for-support-amid-calls-he-should-resign-report-172424083.html.

[53] *See, e.g.*, Levander Decl. Ex. 58, Tariq Panja and Rebecca R. Ruiz, *A Yearslong Effort to Woo Trump Culminates With the World Cup*, The New York Times (June 9, 2026), https:////nytimes.com/2026/06/09/world/europe/world-cup-infantino-trump.html; Levander Decl. Ex. 59, Tim Murphy, *The Kushner-Backed FIFA Takeover Tearing the Soccer World Apart*, Mother Jones

with President Donald J. Trump began in earnest in 2017, when the President personally assigned the effort to win the 2026 World Cup hosting bid to his son-in-law and then-senior White House advisor, Jared Kushner.[54] Kushner led a small team out of his White House Office of American Innovation and personally lobbied foreign leaders to secure votes for the United States-Canada-Mexico bid, including a trip to Saudi Arabia to ask Crown Prince Mohammed bin Salman directly for the Kingdom's support and a similar approach to Bahrain's royal family.[55] On June 13, 2018, FIFA's Congress awarded the 2026 World Cup to the United States, Canada, and Mexico by a vote of 134 to 65.[56] Although Infantino had outwardly maintained a posture of neutrality before the vote, he had been understood to personally favor the U.S.-led bid, and immediately afterward he told reporters the outcome was "a nice message" that the three countries "can organize the biggest sporting and social event together."[57]

---

(July 30, 2026), https:////motherjones.com/politics/2026/07/fifa-josh-kushner-thrive-capital-infantino-trump/.

[54] *See, e.g.*, Levander Decl. Ex. 60, Adam Crafton, *Donald Trump, Jared Kushner and the Race to Host the 2026 World Cup*, The New York Times (Nov. 4, 2024), https:////nytimes.com/athletic/5891523/2024/11/04/donald-trump-united-states-world-cup-2026/; Levander Decl. Ex. 61, Emily Jane Fox, *How Jared Kushner Helped Bring the 2026 World Cup to North America*, Vanity Fair (July 15, 2018), https:////vanityfair.com/news/2018/07/how-jared-kushner-helped-bring-2026-world-cup-to-north-america; Levander Decl. Ex. 62, Andrew Rice, *Gianni's Game*, New York Magazine (June 2, 2026), https://nymag.com/intelligencer/article/infantino-fifa-world-cup-trump-kushner-soccer-football.html.

[55] *See* Levander Decl. Ex. 60; Levander Decl. Ex. 61.

[56] *See, e.g.*, Levander Decl. Ex. 63, Inside FIFA, *Canada, Mexico and USA Selected as Hosts of the 2026 FIFA World Cup*™, FIFA (June 13, 2018), https://inside.fifa.com/tournaments/mens/worldcup/canadamexicousa2026/media-releases/canada-mexico-and-usa-selected-as-hosts-of-the-2026-fifa-world-cuptm; Levander Decl. Ex. 64, Richard Conway, *World Cup 2026: How US, Canada & Mexico Won Right to Host Tournament*, BBC (June 13, 2018), https:////bbc.com/sport/football/44465069; Levander Decl. Ex. 65, Tariq Panja and Andrew Das, *World Cup 2026: United States, Canada and Mexico Win Bid to Be Host*, The New York Times (June 13, 2018), https:////nytimes.com/2018/06/13/sports/world-cup/fifa-2026-vote-north-america-morocco.html.

[57] Levander Decl. Ex. 66, Rob Harris and Graham Dunbar, *North American Trio Beats Morocco to Host 2026 World Cup*, AP News (June 13, 2018), https://apnews.com/article/71e70169ac9343839436613b7d8dbb31; *see* Levander Decl. Ex. 67, David Conn, *Money Talks for FIFA as Morocco Pays Price for Infantino's Expansion Plan*, The Guardian (June 13, 2018),

Infantino's courtship of President Trump continued even after the United States—together with Mexico and Canada—was awarded the 2026 World Cup. Jared Kushner and then-U.S. Soccer Federation head Cordeiro subsequently arranged for Infantino to meet President Trump in the Oval Office, the first of what would become a recurring pattern of meetings between the two men.[58] In the years that followed, Infantino credited Kushner with helping secure MetLife Stadium as the site of the 2026 World Cup final and with the idea to commission Tiffany & Co. to design the new FIFA Club World Cup trophy, unveiled in November 2024 and bearing Infantino's name and signature.[59]

As the 2026 World Cup approached, Infantino continued pressing President Trump. In July 2025, FIFA announced it would lease office space on the 17th floor of Trump Tower in New York, with rent paid to President Trump's family business for space that reportedly sat largely unused.[60] In December 2025, Infantino presented President Trump with the inaugural "FIFA Peace Prize—Football Unites the World" at the World Cup Final Draw at the Kennedy Center in Washington,

---

https:////theguardian.com/football/blog/2018/jun/13/money-talks-fifa-world-cup-morocco-north-america-2026-infantino.

[58] *See, e.g.*, Levander Decl. Ex. 62; Levander Decl. Ex. 68, *Remarks by President Trump, FIFA President Gianni Infantino, and U.S. Soccer President Carlos Cordeiro on the 2026 World Cup*, White House Archives (Aug. 28, 2018), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-fifa-president-gianni-infantino-u-s-soccer-president-carlos-cordeiro-2026-world-cup/; Levander Decl. Ex. 69, *President Trump Meets With FIFA, U.S. Soccer Chiefs at White House*, ESPN (Aug. 28, 2018), https:////espn.com/soccer/story/_/id/37560750/president-trump-meets-fifa-us-soccer-chiefs-white-house.

[59] *See, e.g.*, Levander Decl. Ex. 60; Levander Decl. Ex. 70, Adam Crafton, *Trump and Infantino: Club World Cup Draw Becomes a Tale of Two Presidents*, The New York Times (Dec. 5, 2024), https:////nytimes.com/athletic/5973331/2024/12/06/trump-infantino-club-world-cup/; Levander Decl. Ex. 71, Dan Sheldon, *FIFA President Gianni Infantino's Name Engraved on New Club World Cup Trophy*, The New York Times (Nov. 15, 2024), https:////nytimes.com/athletic/5924557/2024/11/15/gianni-infantino-club-world-cup-trophy/.

[60] *See* Levander Decl. Ex. 72, Alexander Abnos, *FIFA Opens Office in Trump Tower, Deepening Ties with US President*, The Guardian (July 8, 2025), https:////theguardian.com/football/2025/jul/08/fifa-trump-tower-office-new-york-city-world-cup; Levander Decl. Ex. 58.

D.C.—a prize FIFA had created roughly one month earlier without, according to a senior FIFA official, consulting the FIFA Council.[61] When presenting the award to President Trump, Infantino gushed: "You can always count, Mr[.] President, on my support, on the support of the entire football community . . . to help you make peace and make the world prosper all over the world."[62]

It did not end there. Infantino also provided favorable treatment to members of the U.S. Men's National Team after pressure from President Trump. Specifically, after President Trump personally telephoned Infantino to request a review of the automatic red card suspension imposed on U.S. Men's National Team forward Folarin Balogun, FIFA's Disciplinary Committee—with a decision taken by its Chairman as judge sitting alone and not the full committee—reversed the suspension, clearing Balogun to play against Belgium the next day.[63] UEFA publicly stated the decision "crossed a red line."[64]

---

[61] *See* Levander Decl. Ex. 73, Inside FIFA, *President Donald J. Trump Awarded "FIFA Peace Prize – Football Unites the World."* FIFA (Dec. 5, 2025), https://inside.fifa.com/campaigns/football-unites-the-world/news/president-trump-peace-prize-football-unites-the-world; Levander Decl. Ex. 74, Inside FIFA, *FIFA Introduces the FIFA Peace Prize – An Award to Recognise Exceptional Actions for Peace and Unity*, FIFA (Nov. 5, 2025), https://inside.fifa.com/organisation/media-releases/peace-prize-award-football-unites-the-world-infantino; Levander Decl. Ex. 75, Adam Crafton, *Human Rights Watch Questions FIFA Over 'Peace Prize,' Receives No Response*, The New York Times (Dec. 1, 2025), https:////nytimes.com/athletic/6852219/2025/12/01/fifa-human-rights-watch-peace-prize/; Levander Decl. Ex. 76, Tariq Panja and Luke Broadwater, *FIFA's Leader Often Flatters Trump. Now, He's Awarded Him a Peace Prize*, The New York Times (Dec. 5, 2025), https:////nytimes.com/2025/12/05/us/politics/trump-fifa-peace-prize-world-cup-infantino.html.

[62] Levander Decl. Ex. 73.

[63] *See* Levander Decl. Ex. 77, Adwaidh Rajan, *USA Striker Balogun's One-Game Ban Suspended After Trump Intervention*, BBC (July 5, 2026), https:////bbc.com/sport/football/articles/cewqq5q8v41o; Levander Decl. Ex. 78, *USMNT's Balogun Has Red Card Suspended; Trump Asked FIFA to Review*, ESPN (July 5, 2026), https:////espn.com/soccer/story/_/id/49277378/usmnt-folarin-balogun-red-card-suspended-belgium; Levander Decl. Ex. 79, Martyn Ziegler, *Only One Official Involved in Decision to Waive Folarin Balogun Ban*, The Times (July 12, 2026), https:////thetimes.com/sport/football/world-cup/article/folarin-balogun-ban-world-cup-usa-25z8bfjg3.

[64] Levander Decl. Ex. 80, Adriana Garcia, *UEFA Says FIFA 'Crossed a Red Line' with Folarin Balogun Red-Card-Ban U-Turn*, ESPN (July 6, 2026), https:////espn.com/soccer/story/_/id/

Then, on the eve of the World Cup Final, Infantino appeared alongside President Trump at a FIFA reception at Trump Tower in New York, telling him "this World Cup would not have been such an incredible success without you," and calling the tournament "the greatest human, social and cultural event that mankind has ever witnessed."[65] The following week—on July 28, 2026—Infantino detailed the outline of the FFE plan in a letter to the FIFA Council.[66]

## III. THE FFE PROPOSAL

### A. The Precursor To The FFE Proposal

Years before the FFE proposal was unveiled, Infantino was pursuing a commercial transaction bearing striking similarities to the one at issue here. In March 2018—at a time when Infantino was looking to bolster his reelection campaign by boosting short-term revenue—Infantino informed the FIFA Council that an outside investor consortium was prepared to commit approximately $25 billion for rights associated with an expanded Club World Cup and a proposed global Nations League.[67] The proposal contemplated placing those rights into a new joint venture owned 51 percent by FIFA and 49 percent by outside investors for a twelve-year period.[68] But the

49284889/uefa-fifa-folarin-balogun-red-card-ban-overturned-usmnt.

[65] Levander Decl. Ex. 81, Inside FIFA, *Gianni Infantino: FIFA World Cup 2026™ Has 'Exceeded All Expectations,'* FIFA (July 17, 2026), https://inside.fifa.com/news/white-house-reception-infantino-president-trump-records; Levander Decl. Ex. 82, *FIFA President Infantino Proclaims World Cup a Success at U.N.*, ESPN (July 17, 2026), https:////espn.com/soccer/story/_/id/49386705/fifa-president-infantino-proclaims-world-cup-success-un.

[66] *See* Levander Decl. Ex. 83, Inside FIFA, *FIFA Intends to Expand Football Development Funding to Over USD 10 Billion Subject to Approval by FIFA Member Associations*, FIFA (July 28, 2026), https://inside.fifa.com/organisation/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations; Levander Decl. Ex. 84, Matt Slater, *FIFA Plans to Sell a Stake in the World Cup: How Much for and Why Is Gianni Infantino Doing It?*, The New York Times (July 28, 2026), https:////nytimes.com/athletic/7475316/2026/07/28/fifa-world-cup-stake-sale-infantino/.

[67] *See* Levander Decl. Ex. 85, Tariq Panja, *Mystery Consortium Is Said to Offer FIFA $25 Billion for Control of 2 Tournaments*, The New York Times (Apr. 9, 2018), https:////nytimes.com/2018/04/09/sports/soccer/fifa-club-world-cup.html.

[68] *See* Levander Decl. Ex. 86, Richard Conway, *Fifa Set to Meet over $25bn Offer to Launch Two Tournaments*, BBC (Apr. 23, 2018), https:////bbc.com/sport/football/43868703; Levander Decl.

identities of those investors were not disclosed to the Council.[69] Infantino maintained that a nondisclosure agreement prevented their disclosure, even as FIFA sought a prompt decision.[70]

UEFA objected—not to FIFA's ability to generate revenue, but because Infantino was attempting to push through a transformative $25 billion transaction without the transparency, information, stakeholder consultation, and institutional deliberation necessary for a decision of that magnitude.[71] UEFA's opposition proved decisive. When FIFA moved toward a Council vote in October 2018, UEFA's Council representatives prepared to walk out rather than permit the transaction to be forced through.[72] Infantino ultimately backed down and no vote was taken, with the outside-investor joint venture being abandoned.[73]

### B. The Secret Development And Procedural Breakdown Of The FFE Proposal

Undeterred by his failed 2018 attempt to bring in private investment, Infantino tried again with the secret development of the FFE plan. Like the 2018 proposal, the FFE plan was developed under a veil of secrecy and outside FIFA's ordinary governance process, which required

Ex. 87, *SoftBank Among Investors for $25 Billion FIFA Plan: Report*, Reuters (Apr. 12, 2018), https:////reuters.com/article/business/softbank-among-investors-for-25-billion-fifa-plan-report-idUSKBN1HJ12J/; Levander Decl. Ex. 88, Gabriele Marcotti, *FIFA Not Transparent on 'Surprise' Competitions Revamp - UEFA President*, ESPN (May 25, 2018), https:////espn.com/soccer/story/_/id/37555159/uefa-president-aleksander-ceferin-questions-fifa-competitions-revamp.

[69] *See* Levander Decl. Ex. 86; Levander Decl. Ex. 87; Levander Decl. Ex. 88.

[70] *See* Levander Decl. Ex. 86; Levander Decl. Ex. 88; Levander Decl. Ex. 89, Gabriele Marcotti, *UEFA to Walk out if FIFA Forces Vote on Club World Cup Revamp – Sources*, ESPN (Oct. 25, 2018), https:////espn.com/soccer/story/_/id/37563499/uefa-walk-fifa-forces-vote-club-world-cup-revamp-sources.

[71] *See* Levander Decl. Ex. 88.

[72] *See* Levander Decl. Ex. 89.

[73] *See* Levander Decl. Ex. 90, David Conn, *FIFA Puts Club World Cup Revamp on Hold After European Resistance*, The Guardian (Oct. 26, 2018), https:////theguardian.com/football/2018/oct/26/fifa-club-world-cup-council-uefa-task-force-football; Levander Decl. Ex. 91, Inside FIFA, *FIFA Council Votes for the Introduction of a Revamped FIFA Club World Cup*, FIFA (Mar. 15, 2019), https://inside.fifa.com/organisation/fifa-council/media-releases/fifa-council-votes-for-the-introduction-of-a-revamped-fifa-club-world-cup.

consultation with, and approval by, the FIFA Council and the implementation of appropriate safeguards to ensure the process comported with FIFA's purposes while maximizing the value of any transaction.[74]

1. A Proposal Conceived Outside FIFA's Established Procedures And Developed By A Small Circle Including Infantino, Kushner, And Maffei

Upon information and belief, the FFE plan itself was first discussed between Joshua Kushner—brother of Jared Kushner and founder of Thrive Capital—and Greg Maffei—founder of BANN Ventures and former Liberty Media chief executive—at a finance conference in Sun Valley, Idaho in July 2025.[75] Maffei recounted that Kushner approached him at the conference and said, "Look, we've been thinking about this with FIFA and we know of your experience with [Formula 1]," after which the two discussed the concept "under some trees" for an extended period.[76] Infantino, for his part, had already been discussing the underlying concept with Kushner for nearly a year before the term sheet was ultimately signed.[77]

---

[74] *See* Levander Decl. Ex. 3 at art. 59(1)–(2); Levander Decl. Ex. 92, *Statement on Behalf of UEFA and Its 55 National Associations*, UEFA (July 30, 2026), https:////uefa.com/news-media/news/02a7-213a92896eb0-54dfbf454e3b-1000--statement-on-behalf-of-uefa-and-its-55-national-associations/.

[75] *See* Levander Decl. Ex. 93, Adam Crafton, James Horncastle, Megan Feringa, and Dan Sheldon, *Inside the Week That Shook Gianni Infantino, FIFA and the Football World*, The New York Times (Aug. 2, 2026), https:////nytimes.com/athletic/7485172/2026/08/02/fifa-world-cup-stake-sale-inside/.

[76] *See* Levander Decl. Ex. 94, Rob Draper, *Game Over? As He Scraps His 'Shabby' World Cup Sell-Off Deal, Infantino's Job Hangs by a Thread*, The Observer (Aug. 2, 2026), https://observer.co.uk/news/sport/article/game-over-as-he-scraps-his-shabby-world-cup-sell-off-deal-infantinos-job-hangs-by-a-thread; Levander Decl. Ex. 95, Josh Noble, Samuel Agini, and Arash Massoudi, *The Week That Shook Football*, Financial Times (July 31, 2026), https:////ft.com/content/0b7081c3-2654-471c-b1b9-87c6f6369fb0?syn-25a6b1a6=1.

[77] *See* Levander Decl. Ex. 93; Levander Decl. Ex. 96, Michael Race, *Is Football AI-Proof? Why Tech Investors Wanted a Slice of the World Cup*, BBC (Aug. 8, 2026), https:////bbc.co.uk/news/articles/cd7l4e3v238o; Levander Decl. Ex. 97, Giles Turner, Todd Gillespie and Rebecca Torrence, *Secret Talks with Kushner Led to FIFA's Controversial Sale Plans*, Bloomberg (July 30, 2026), https:////bloomberg.com/news/articles/2026-07-30/fifa-sale-plan-enraging-fans-began-with-kushner-talks-last-year.

Those private discussions placed Kushner on both sides of FFE's development, as he participated in conceiving the proposal and later became principal of Thrive Eternal, the entity "expected to lead the proposed investor group for FFE."[78] Maffei likewise moved from those early discussions to become the "key commercial adviser" on the transaction.[79] Thus, from its inception, FFE was developed not through FIFA's member associations or governing bodies, but by a small circle assembled around Infantino—including the very investor expected to lead the acquisition of the stake FIFA proposed to sell.[80]

By early 2026, Infantino had retained outside advisors to transform the concept into an executable investment proposition.[81] At Infantino's instigation, FIFA secretly engaged advisors to determine how its commercial assets could be packaged separately from its sporting operations, develop the investor pitch, and identify prospective capital providers.[82] Infantino and his advisors secretly assembled a 25-page pitch deck, titled "FIFA Forward Enterprise Member Materials," that was later obtained by the Guardian and described FIFA as "undermonetized" relative to other

---

[78] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 93; Levander Decl. Ex. 98, Echo Wang and Rohith Nair, *FIFA Plans to Sell Stakes in $20 Billion Subsidiary to Run World Cup, Angering UEFA*, Reuters (July 28, 2026), https:////reuters.com/sports/soccer/fifa-mulls-stake-sale-through-new-20-billion-entity-source-says-2026-07-28/.

[79] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 99, Luke Cooper, *Football Leaders Condemn Infantino's Plan to Sell FIFA World Cup to Trump Associate*, ABC News (Australia) (July 30, 2026), https:////abc.net.au/news/2026-07-30/gianni-infantino-fifa-world-cup-sell-off-bid-explained/106976670; Levander Decl. Ex. 97.

[80] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 92; Levander Decl. Ex. 93.

[81] *See* Levander Decl. Ex. 100, Matt Hughes, *FIFA's Sales Pitch Revealed: More Tournaments, More Debt … but Little Mention of Women's Game*, The Guardian (July 30, 2026), https:////theguardian.com/football/2026/jul/30/fifa-sales-pitch-revealed-more-tournaments-debt-womens-game-omitted; Levander Decl. Ex. 101, Paul Quinn, *The Analysis Series: The Reality of Infantino's "FIFA 4 Enterprise" Plans Compared to His Sales Pitch…*, The Esk (July 30, 2026), https://theesk.org/2026/07/30/the-analysis-series-the-reality-of-infantinos-fifa-4-enterprise-plans-compared-to-his-sales-pitch/; Levander Decl. Ex. 102, Miranda Jeyaretnam, *FIFA Draws Fury Over Plan to Sell Stakes in World Cup*, TIME (July 29, 2026), https://time.com/article/2026/07/29/fifa-forward-enterprise-world-cup-commercial-invest-infantino-trump-kushner/.

[82] *See* Levander Decl. Ex. 98; Levander Decl. Ex. 100; Levander Decl. Ex. 101.

major sports leagues.[83] A separate confidential document obtained by the French newspaper L'Équipe laid out complete financial models, an administrative structure for the new entity, and multi-cycle revenue projections extending to 2038.[84] That level of detail confirms the proposal was not a spontaneous or hastily-assembled idea, but the product of many months of sophisticated, professionally advised planning conducted entirely outside FIFA's governance structures.[85]

2. FIFA's Own Leadership And Members Were Kept Outside The Process

While the proposal was being developed by Infantino, Kushner and Maffei, knowledge of it inside FIFA remained remarkably limited.[86] The FIFA Council, FIFA's six confederations, and its 211 national member associations were not aware of the scheme, much less involved in developing it, and major stakeholders in the sport, including players and leagues, were not consulted.[87] The secrecy extended deep into FIFA itself. For example, FIFA's Secretary General

---

[83] Levander Decl. Ex. 100; *see* Levander Decl. Ex. 103, Abdelmawgood Samir, *$20 Billion and $40 Million per Vote! The Secret Document Revealing Infantino's Plan Before the Collapse*, Goal.com (Aug. 7, 2026), https:////goal.com/en-in/news/usd20-billion-and-usd40-million-per-vote-the-secret-document-revealing-infantino-s-plan-before-the-collapse/blt03ae08bf1cdfea2d.

[84] Levander Decl. Ex. 104, Matias Archambeau, *Qu'est-ce qu'une société commerciale dans le football, la structure que veut créer la FIFA pour vendre des parts de la Coupe du monde?*, L'Équipe (July 31, 2026), https:////lequipe.fr/Football/Actualites/Qu-est-ce-qu-une-societe-commerciale-dans-le-football-la-structure-que-veut-creer-la-fifa-pour-vendre-des-parts-de-la-coupe-du-monde/1708222; *see* Levander Decl. Ex. 100; Levander Decl. Ex. 103.

[85] *See* Levander Decl. Ex. 100; Levander Decl. Ex. 103.

[86] *See* Levander Decl. Ex. 105, Graham Dunbar, *Senior FIFA Executive Says Staff Were Deceived over Infantino's World Cup Sell-Off Plan*, AP News (July 31, 2026), https://apnews.com/article/cordeiro-infantino-fifa-executive-world-cup-4cff20f6e2dda925e6d5395b56dcf9ab; Levander Decl. Ex. 106, Tariq Panja, *FIFA's Top Executives Were Given an Ultimatum to Sell Stake in the World Cup*, The New York Times (Aug. 6, 2026), https:////nytimes.com/2026/08/06/business/fifa-world-cup-privatization.html.

[87] *See* Levander Decl. Ex. 92; Levander Decl. Ex. 107, *CONCACAF Statement Regarding the Proposed FIFA Forward Enterprise*, CONCACAF (July 29, 2026), https:////concacaf.com/competitions/concacaf/news/concacaf-statement-regarding-the-proposed-fifa-forward-enterprise; Levander Decl. Ex. 108, *AFC Statement on the FIFA Forward Enterprise Proposal*, AFC (July 29, 2026), https:////the-afc.com/en/more/afc_news.html/news/afc-statement-on-the-fifa-forward-enterprise-proposal; Levander Decl. Ex. 109, FIFPRO Europe, *FIFPRO Europe Statement: FIFA World Cup*, FIFPRO (July 28, 2026), https:////fifpro.org/en/articles/2026/08/fifpro-europe-statement-fifa-world-cup.

Mattias Grafström—the organization's top administrative official—was reportedly excluded from the drafting of the FFE proposal during the year in which it was developed and later described the episode internally as a "sad and reproachable series of events."[88] Arsène Wenger, FIFA's Chief of Global Football Development, stated that he "was not involved in this strategic plan and first became aware of the project through media reports."[89] Cordeiro also learned of the proposal from the press and then resigned in protest, stating, "Let me be clear: I had no involvement in this proposal, and I oppose it unequivocally. It is a bad deal for FIFA's Member Associations, a bad deal for football and a bad deal for the long-term future of the game."[90] FIFA's then-Chief Operating Officer, Kevin Lamour, was likewise excluded and told the Associated Press that FIFA staff had been "deceived" by Infantino's lack of transparency and that the FFE plan was "the project of one person."[91] Just over two weeks after criticizing Infantino, Lamour was ousted from FIFA.[92]

[88] *See* Levander Decl. Ex. 93; Levander Decl. Ex. 110, Graham Dunbar, *Top FIFA Officials Wenger and Grafström Distance Themselves from Infantino's World Cup Sell-Off Plan*, AP News (Aug. 4, 2026), https://apnews.com/article/fifa-world-cup-private-investors-wenger-infantino-7a553620217d2b1299b0c8bea8b800cd.

[89] Levander Decl. Ex. 111, Kevin Hand, *Ex-Arsenal Boss Wenger Was 'Not Aware' of Infantino's FIFA Plan*, Al Jazeera (Aug. 4, 2026), https:////aljazeera.com/sports/2026/8/4/ex-arsenal-boss-wenger-was-not-aware-of-infantinos-fifa-plan; *see* Levander Decl. Ex. 110.

[90] Levander Decl. Ex. 112, Carlos Cordeiro, *LinkedIn Post on FIFA Forward Enterprise*, LinkedIn (July 31, 2026), https:////linkedin.com/posts/carlos-cordeiro_as-a-senior-advisor-to-the-fifa-president-activity-7488891905678905344-sZOM; *see* Levander Decl. Ex. 113, Ossian Shine and Rohith Nair, *Infantino's Senior Advisor Cordeiro Resigns Following Proposal to Sell FIFA Stake*, Reuters (July 31, 2026), https:////reuters.com/sports/soccer/infantinos-senior-advisor-cordeiro-resigns-following-proposal-sell-fifa-stake-2026-07-31/; Levander Decl. Ex. 105.

[91] Levander Decl. Ex. 105; *see* Levander Decl. Ex. 114, Matt Townsend, *FIFA Executive Says Blindsided by Infantino's Privatization Plan*, Bloomberg (July 31, 2026), https:////bloomberg.com/news/articles/2026-07-31/fifa-executive-says-blindsided-by-infantino-s-privatization-plan.

[92] *See* Levander Decl. Ex. 115, Dan Roan, *FIFA Official Sacked After Infantino Plan Criticism*, BBC (Aug. 17, 2026), https:////bbc.com/sport/football/articles/cn7n4d6vy03o.

3. The Waldorf Astoria Ultimatum

The secret process culminated on July 18, 2026, the day before the World Cup final.[93] According to The New York Times, five top FIFA directors—an inner circle of FIFA's management board closest to Infantino, whose role is to review significant financial transactions—were summoned to a hastily organized meeting at the Waldorf Astoria hotel in Manhattan.[94] Most of the five directors had not previously heard about the FFE plan, and they were given until midnight to sign off on a proposal that had been drawn up over months in secret with Thrive Eternal and others under Infantino's direction.[95] Infantino himself was not present, but the directors left the meeting with the impression that Infantino would be furious if they stalled.[96]

In the end, the vote was three to two. Secretary General Mattias Grafström, Chief Legal and Compliance Officer Emilio García, and Chief of Staff Dan O'Toole signed off on the plan; Lamour and finance chief Thomas Peyer declined to back it.[97] In other words, the two FIFA executives principally responsible for the organization's day-to-day operations and finances declined to endorse the proposal.[98] According to The New York Times, of the five bureau members, only O'Toole, who was handpicked by Infantino to work with the bankers, had any meaningful role in developing the plan; he had reportedly been working on it for months.[99] With a bare one-member majority, Infantino proceeded, without the involvement of the FIFA Council, the body that holds exclusive authority under FIFA's own governing documents to decide how FIFA's commercial rights are promoted.[100]

---

[93] *See* Levander Decl. Ex. 106.
[94] *See* Levander Decl. Ex. 106.
[95] *See* Levander Decl. Ex. 106.
[96] *See* Levander Decl. Ex. 106.
[97] *See* Levander Decl. Ex. 106.
[98] *See* Levander Decl. Ex. 106; *see also* Levander Decl. Ex. 114.
[99] *See* Levander Decl. Ex. 106.
[100] *See* Levander Decl. Ex. 3 at art. 59(1)–(2); Levander Decl. Ex. 92; Levander Decl. Ex. 106.

Infantino's exclusion of the FIFA Council was by itself a stunning dereliction of duty. FIFA's Statutes provide that "[t]he Council shall decide how and to what extent [FIFA's commercial] rights are utilised and draw up special regulations to this end," and that "[t]he Council shall decide alone whether these rights shall be utilised exclusively, or jointly with a third party, or entirely through a third party."[101] Ultimately, the Council is responsible for "defin[ing] FIFA's mission, strategic direction, policies and values, in particular with regard to the organisation and development of football at worldwide level and all related matters."[102] Yet the proposal had progressed to a signed term sheet, an identified lead investor, a dubious valuation, a 25-page investor solicitation deck, and a management-level internal approval, all without the involvement of the FIFA Council.[103]

### C. <u>The Substantive Deficiencies Of The FFE Proposal</u>

The FFE was flawed not only in the manner in which it was conceived and advanced, but in the substance of the proposal itself, which was publicly announced on July 28, 2026.[104] In the announcement, Infantino described the plan to create a new FIFA-controlled commercial subsidiary and to raise approximately $4.2 billion from outside investors.[105] He insisted that FIFA would retain control and that investors would take no operational role, claiming that "For FIFA, nothing changes."[106] But the terms of the deal told a different story. For the first time ever, outside investors would acquire an ownership interest in the commercial enterprise built around FIFA's competitions and would thereafter hold a direct financial interest in how those competitions were

---

[101] Levander Decl. Ex. 3 at art. 59(1)–(2).
[102] Levander Decl. Ex. 3 at art. 34(1).
[103] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 93; Levander Decl. Ex. 100; Levander Decl. Ex. 106.
[104] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 93.
[105] Levander Decl. Ex. 83.
[106] Levander Decl. Ex. 83; *see* Levander Decl. Ex. 98.

structured and monetized.[107] More fundamentally, the FFE plan rested on two premises that FIFA never substantiated: that FIFA needed outside capital in the first place, and that the interest it proposed to sell was fairly valued.[108]

1. A Permanent Sale of Core Commercial Assets Without Any Demonstrated Need For Capital

At Infantino's direction, FIFA proposed to create the FFE as a new commercial subsidiary and sell approximately 20 percent of it to outside investors at an implied valuation of roughly $20 billion.[109] Hoping to entice member associations with quick payoffs, Infantino touted that the plan would raise approximately $4.2 billion, with Thrive Eternal leading the investor group and FIFA's financial advisor assembling additional sovereign wealth funds, institutional investors, and family offices.[110]

Among other problems with this plan, FIFA did not ***need*** outside capital. Without question, FIFA is not a distressed enterprise seeking rescue financing.[111] To the contrary, FIFA's audited financial statements reported billions of dollars in reserves and liquid financial assets and no debt.[112] Not only that, FIFA had just completed an extraordinarily successful World Cup while

---

[107] *See* Levander Decl. Ex. 98.
[108] *See* Levander Decl. Ex. 113.
[109] *See* Levander Decl. Ex. 83.
[110] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 116, Trevor Stynes and Rohith Nair, *What Does Infantino's Proposal to Sell Stakes in FIFA Subsidiary Entail?*, Reuters (July 29, 2026), https:/// /reuters.com/business/media-telecom/what-does-infantinos-proposal-sell-stakes-fifa-subsidiary-entail-2026-07-29/; Levander Decl. Ex. 84.
[111] *See* Levander Decl. Ex. 113; Levander Decl. Ex. 16.
[112] *See* Levander Decl. Ex. 117, Inside FIFA, *FIFA 2025 Financial Statements — Note 30 (Reserves)*, FIFA (2026), https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/30-reserves; Levander Decl. Ex. 16; Levander Decl. Ex. 118, François Brouard and Adrian Movileanu, *FIFA (Fédération Internationale de Football Association): An Examination of Finances*, Carleton University PARG (June 2026), https://carleton.ca/profbrouard/wp-content/uploads/PARGnote202671RNFIFAFinances20260607FBAM.pdf; Levander Decl. Ex. 119, François Brouard, *Spectacular Deficits and Record Revenues: FIFA's Financial Cycles Are a Winning Strategy*, Carleton News (June 15, 2026), https://carleton.ca/news/story/world-cup-profit-fifa-

forecasting enormous future revenues.[113] Cordeiro identified the problem directly when he resigned in opposition, explaining that FIFA "sits on billions of dollars in reserves and no debt," and "[a]gainst that backdrop, selling a permanent stake in football's most valuable asset to raise $4.2 billion makes little sense."[114]

Beyond that, the economics of the deal made the concern especially acute. The $4.2 billion FIFA proposed to raise was roughly equal to the aggregate one-time payment it offered its 211 member associations—up to $20 million apiece upon approval of the plan.[115] In substance, Infantino proposed to exchange a perpetual interest in the future economics of FIFA's commercial enterprise for a pool of capital that could be distributed immediately to the members being asked to approve the transaction.[116] And notwithstanding the huge growth in sports economics and the enormous success of the 2026 World Cup, the proposed valuation was 20 percent **less** than Infantino's failed Club World Cup proposal years earlier.[117]

2. No Competitive Sale Process And No Independent Test Of Value

For an asset that Infantino and his hand-picked placement agent implicitly valued at approximately $20 billion—the figure produced by treating $4.2 billion as the price of a roughly 20 to 21 percent stake—there was no open auction, no competitive bidding process, and no

finances/.

[113] *See* Levander Decl. Ex. 16; Levander Decl. Ex. 81.

[114] Levander Decl. Ex. 112; *see* Levander Decl. Ex. 113; Levander Decl. Ex. 105.

[115] *See* Levander Decl. Ex. 116; Levander Decl. Ex. 120, Rob Harris, *World Cup: FIFA Chief Gianni Infantino Offers £30m Incentive for Members to Back Controversial Private Investment Plans*, Sky Sports (July 29, 2026), https:////skysports.com/football/news/11095/13568022/world-cup; Levander Decl. Ex. 101.

[116] *See* Levander Decl. Ex. 113; Levander Decl. Ex. 101.

[117] *See* Levander Decl. Ex. 98; Levander Decl. Ex. 121, Ian Ransom and Kokkai Ng, *Infantino's FIFA Future in Jeopardy After Private Equity Gamble Backfires*, Reuters (Aug. 1, 2026), https:// //reuters.com/sports/soccer/infantinos-fifa-future-jeopardy-after-private-equity-gamble-backfires-2026-08-01/; Levander Decl. Ex. 85.

independent market test of value.[118] This apparently uncorroborated valuation exercise is open to serious doubt for a variety of reasons.

First, the apparently informal valuation was performed by the seller's own placement agent, after the transaction was already in motion.[119] The placement agent was secretly retained to value the venture early this year, when it was already well under way, and was simultaneously tasked with assembling the investor base, developing the pitch, and marketing the equity to prospects.[120] No second-opinion or fairness opinion from any independent valuation firm appears to have been performed.[121] By contrast, the investment in which private equity firm CVC injected almost €2 billion into LaLiga—Spain's top-flight football league—in exchange for a long-term share of the league's future broadcasting and commercial revenues was based on independent valuations by Rothschild & Co and Duff & Phelps and was ratified by a General Assembly vote of 37 of 42 clubs.[122]

Second, the deck's core "undermonetized" thesis rests on a comparison to structurally non-comparable entities. The Infantino-directed proposal asserted that FIFA was "undermonetized" by benchmarking FIFA's approximately $3.6 billion in annual revenue against the NFL ($21.2

---

[118] *See* Levander Decl. Ex. 100; Levander Decl. Ex. 122, Colin Millar and Chris Weatherspoon, *FIFA Insists 'Nobody Is Selling Football,' Pushes Ahead with Consultation Plan Despite Backlash*, The New York Times (July 31, 2026), https:////nytimes.com/athletic/7482390/2026/07/31/fifa-world-cup-proposal-selling-football/.
[119] *See* Levander Decl. Ex. 100; Levander Decl. Ex. 122.
[120] *See* Levander Decl. Ex. 102; Levander Decl. Ex. 100.
[121] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 116.
[122] *See* Levander Decl. Ex. 123, *LaLiga and CVC Sign Agreement to Set Project Boost LaLiga ("LaLiga Impulso") in Motion*, LaLiga (Dec. 12, 2021), https:////laliga.com/en-GB/news/laliga-and-cvc-sign-agreement-to-set-project-boost-laliga-laliga-impulso-in-motion; Levander Decl. Ex. 124, *LaLiga Clubs Receive the First Payment From Boost LaLiga*, Sports Venue Business (Jan. 25, 2022), https://sportsvenuebusiness.com/2022/01/25/laliga-clubs-receive-the-first-payment-from-boost-laliga/.

billion), MLB ($13.1 billion), and the NBA ($12.5 billion).[123] Those figures are "based on club or franchise earnings, rather than with comparable governing bodies."[124] The NFL, MLB, and NBA reported revenues aggregate the commercial activity of thirty-plus for-profit franchises playing a domestic season roughly forty weeks per year; FIFA, on the other hand, is a Swiss nonprofit association whose principal revenue-generating event, the men's World Cup, occurs on a four-year cycle and whose 211 members are national associations, not commercial franchises.[125] The deck offered no adjustment for those differences and no benchmarking against actual comparators such as the International Olympic Committee or other international federations.[126]

For example, comparable transactions in the sports-rights market confirm that a properly benchmarked valuation multiple would imply a materially higher enterprise value. The implied $20 billion valuation for FFE equates to a revenue multiple of only approximately 5.3 times FIFA's annual competition-related revenue (calculated by dividing the $20 billion valuation by the roughly $3.75 billion in average annual revenue FIFA generated over the 2023–2026 cycle).[127] Notably, recent sales of minority stakes in comparable sports and media rights businesses reflect materially higher multiples: CVC Capital Partners' 2021 investment in LaLiga's commercial rights implied a valuation of approximately 12 times revenue, and a 2025 investment by a Fenway Sports Group-led consortium in the PGA Tour's commercial entity implied a valuation of approximately 8.9 times revenue.[128] Even less directly comparable sports franchise valuations—Major League

---

[123] *See* Levander Decl. Ex. 100.
[124] Levander Decl. Ex. 100.
[125] *See* Levander Decl. Ex. 100; Levander Decl. Ex. 4.
[126] *See* Levander Decl. Ex. 100.
[127] *See* Levander Decl. Ex. 125, Nikola Vuković, *The Art of the Failed Deal*, Substack (Aug. 1, 2026), https://nikolavukovic.substack.com/p/the-art-of-the-failed-deal (noting that FIFA's annual revenue for the 2023–2026 cycle totaled $15 billion, an annual average of $3.75 billion).
[128] *See* Levander Decl. Ex. 125 (calculating that the $20 billion FFE valuation, measured against FIFA's approximately $15 billion in revenue for the 2023–2026 cycle, implies a 5.3 times revenue

Soccer clubs (approximately 9.2 times revenue) and National Women's Soccer League clubs (approximately 9.8 times revenue)—exceed the 5.3 times multiple implied by the FFE terms.[129] This gap cannot be explained by FIFA's profitability profile. Unlike many football clubs and sports franchises, which typically generate minimal or negative operating cash flow, FIFA's flagship tournaments are extraordinarily profitable, generating substantial operating margins on a cyclical basis.[130] A business with FIFA's profitability characteristics would be expected to command a multiple at or above the upper end of the comparable range, not at a steep discount to it. Using even a conservative multiple would imply an enterprise value materially above $30 billion once the additional revenue initiatives contemplated for FFE are taken into account.

Third, the approximately $20 billion implied valuation of the FFE proposal is also impossible to square with the valuation of Infantino's own 2018 proposal. In that earlier proposed transaction, an outside investor consortium was prepared to commit approximately $25 billion for a twelve-year interest in only two competitions—an expanded Club World Cup and a proposed global Nations League.[131] The FFE proposal, by contrast, offered investors a permanent equity stake in a far broader portfolio encompassing the men's and women's World Cups and the men's and women's Club World Cups—the entirety of FIFA's flagship commercial enterprise.[132] Yet the

---

multiple, and identifying comparable transactions including CVC's 2021 acquisition of a stake in LaLiga's commercial rights at an implied 12 times revenue and the 2025 Fenway-led consortium's investment in the PGA Tour at an implied 8.9 times revenue, as well as reporting that MLS franchises trade at approximately 9.2 times revenue and NWSL franchises at approximately 9.8 times revenue); Levander Decl. Ex. 126, Chris Weatherspoon, *Breaking Down FIFA's Stake Sale, How It Compares to Other Sports and Whether It's Necessary*, The New York Times (July 30, 2026), https:////nytimes.com/athletic/7477576/2026/07/30/fifa-world-cup-stake-sale-breakdown/ (citing $20 billion valuation forecast for FFE and comparing the proposal to CVC's more-than-€2 billion 2021 investment in LaLiga).

[129] *See* Levander Decl. Ex. 125.

[130] *See* Levander Decl. Ex. 119.

[131] *See* Levander Decl. Ex. 85; Levander Decl. Ex. 86.

[132] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 116.

FFE terms imply that a perpetual interest in the full suite of FIFA's most valuable competitions is worth roughly 20 percent less than the price ascribed less than eight years earlier to a time-limited, twelve-year interest in only a subset that excluded FIFA's flagship competitions, i.e., the men's and women's World Cup.[133]

Fourth, FIFA's own historical financial performance confirms that the $20 billion figure understates the enterprise's value even on FIFA's own numbers. Over the past twelve years—spanning three consecutive four-year budget cycles—FIFA's actual revenues have exceeded its own published full-cycle budget in every cycle: by approximately 50 percent for the 2011–2014 cycle (against a $3.8 billion budget), by 14 percent for the 2015–2018 cycle (against a $5.66 billion budget), and by 18 percent for the 2019–2022 cycle (against a $6.44 billion budget), while FIFA's investment and cost budgets tracked far more closely to plan across those same cycles.[134] FIFA's forecast of $14 billion for the upcoming 2027–2030 four-year cycle is itself lower than the approximately $15 billion Infantino has publicly stated he expects FIFA to record for the 2023–

[133] *See* Levander Decl. Ex. 98; Levander Decl. Ex. 121.

[134] *See* Levander Decl. Ex. 127, FIFA, *Financial Report 2014*, at 22, https://static.poder360.com.br/2022/11/relatorio-anual-fifa-2014.pdf (reporting that the FIFA Congress passed a revenue budget of $3.8 billion for the 2011–2014 period, which was exceeded by approximately 50% based on the $5.72 billion in total reported revenue, or by approximately 37.7% ($1.43 billion in additional revenue)); Levander Decl. Ex. 128, South African Football Association, *FIFA's Transformation* (Feb. 28, 2020), https://safa.net/2020/02/28/fifas-transformation/ (reporting that FIFA received $6.42 billion in revenue during the 2015–2018 cycle, 28% over the initial $5 billion budget approved at the 2014 FIFA Congress); Levander Decl. Ex. 129, FIFA, *2019–2022 Cycle in Review: 2019–2022 Budget Comparison*, https://publications.fifa.com/en/annual-report-2022/finances/2019-2022-cycle-in-review/2019-2022-budget-comparison/ (reporting that total revenue of $7.57 billion for the 2019–2022 cycle was 18% (or $1.13 billion) higher than the revised full-cycle revenue budget of $6.44 billion, with all revenue categories exceeding budget, while administrative and investment costs were kept in line with plan); Levander Decl. Ex. 130, Paul Nicholson, *FIFA Posts $7.6bn Record 2019-22 Cycle Revenue and Promises $11bn Bonanza for 2023-26*, Inside World Football (Feb. 15, 2023), https:////insideworldfootball.com/2023/02/15/fifa-posts-7-6bn-record-2019-22-cycle-promises-11bn-bonanza-2023-26/ (reporting that FIFA's net result for the 2019–2022 cycle was more than eleven times higher than its budgeted net result).

2026 reporting cycle.[135] Applying FIFA's own demonstrated and consistent pattern of revenue outperformance to its own conservative forecast—without assuming any of the new revenue initiatives publicly associated with the FFE proposal, such as an expanded 64-team World Cup format or a more frequent Club World Cup cycle—produces a valuation approaching $20 billion using only a plain discounted cash flow analysis of FIFA's core competition-related revenues and costs. That is to say, the approximately $20 billion figure FIFA used to justify the FFE transaction is not a market valuation at all; it is close to the floor of what a purely conservative, no-upside extrapolation of FIFA's own historical performance would yield, before accounting for a single one of the very growth initiatives the FFE proposal was designed to fund.

In short, a properly conducted arm's-length valuation—one benchmarked against comparable rights-holders and transactions, grounded in FIFA's own demonstrated history of outperforming its budgets, and disciplined by an independent valuer and a competitive process—would have undoubtedly produced a notably higher value than the approximately $20 billion figure derived from the FFE terms. Indeed, on the record now available, a valuation exceeding $30 billion is readily supportable using assumptions grounded in FIFA's own publicly reported financial performance and observable market multiples for comparable sports and media rights businesses. The Infantino-driven valuation is now a depressed public reference point for FIFA's commercial enterprise, available to every future counterparty and operating against FIFA and each of its 211 member associations.

3. A Financial Inducement To The Members Asked To Approve It

The approval process was accompanied by a separate concern arising from its financial structure. FIFA offered each member association a one-off payment of up to $20 million tied to

[135] *See* Levander Decl. Ex. 101.

approval of the FFE transaction, together with development funding of $20 million per member association for the 2027–2030 cycle—compared to the approximately $8 million per member association currently budgeted for that period.[136]

For many national football associations, a payment of this magnitude is extraordinary in relation to their ordinary operating budgets.[137] The same associations were, at the same time, being asked to approve the permanent alienation of an interest in FIFA's commercial enterprise—an enterprise whose value derives from those associations' own collective participation in organized football.[138] The inducement was, moreover, payable from FIFA's own reserves and future revenues, so that the members were offered a share of FIFA's existing funds conditioned on their approval of the permanent sale of a share in FIFA's future funds.[139]

Infantino tried to force the members to consider this inducement on a compressed timetable.[140] The response deadline set by Infantino and his cronies was September 19, 2026—a window of approximately fifty-three days from the announcement on July 28, 2026 to consider a major reorganization of FIFA's commercial assets hatched in secret over more than a year.[141] Not only that, the one-off payment of $20 million was expressly conditioned upon a member's immediate approval of the plan; in other words, if a member association did not approve the FFE proposal by the September 19 deadline, it would not be entitled to the $20 million payment.[142] UEFA's public response addressed the payment mechanism directly: "[W]e have learned of Fifa's

---

[136] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 101; Levander Decl. Ex. 116.
[137] *See* Levander Decl. Ex. 16; Levander Decl. Ex. 101.
[138] *See* Levander Decl. Ex. 92; Levander Decl. Ex. 113.
[139] *See* Levander Decl. Ex. 101; Levander Decl. Ex. 113.
[140] *See* Levander Decl. Ex. 131, Tom Morgan, *Infantino's Threat to Football: Back Me or Miss Out on Funding*, The Telegraph (July 29, 2026), https:////telegraph.co.uk/football/2026/07/29/infantino-threatens-fifa-nations-with-53-day-deadline/; Levander Decl. Ex. 92.
[141] *See* Levander Decl. Ex. 131; Levander Decl. Ex. 92; Levander Decl. Ex. 121.
[142] *See* Levander Decl. Ex. 83; Levander Decl. Ex. 116.

deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan."[143] UEFA's formal statement characterized the process as "an ultimatum," "not a 'democratic decision', but governance by intimidation—an act of coercion unworthy of an institution entrusted with the stewardship of the global game."[144] The New York Times likewise reported that "federations felt unduly pressured by Infantino's 53-day window."[145]

4. Serious And Unresolved Conflicts Of Interest

The transaction also presented conflicts that FIFA did not meaningfully resolve before seeking approval. The most immediate involved Infantino himself. Contemporaneous reporting stated that Infantino was considering a commissioner-style or chair role in the new commercial vehicle carrying compensation of approximately $30 million per year—far in excess of what Infantino earns as FIFA's President (reported at approximately $6 million in total annual compensation, including a base salary of roughly $3.3 million and a 2025 bonus of approximately $2.8 million).[146] FIFA did not disclose this prospective arrangement to its members or

[143] Levander Decl. Ex. 132, *Further UEFA Statement on FIFA Plans*, UEFA (July 29, 2026), https:////uefa.com/news-media/news/02a7-21386623beab-40b7ac297b44-1000--further-uefa-statement-on-fifa-plans/.

[144] Levander Decl. Ex. 92.

[145] Levander Decl. Ex. 93.

[146] *See, e.g.*, Levander Decl. Ex. 133, Ishaan Bhattacharya, *Gianni Infantino Was Eyeing a $30 Million Salary in Scrapped FIFA World Cup Privatisation Plan*, Yahoo Sports (Aug. 2, 2026), https://sports.yahoo.com/articles/gianni-infantino-eyeing-30-million-090000052.html; Levander Decl. Ex. 134, Aaron Morris, *Gianni Infantino Had $30M Salary Plan Before World Cup Sale Plans Imploded*, The Mirror US (Aug. 2, 2026), https:////themirror.com/sport/soccer/gianni-infantino-30m-salary-plan-1965385.amp; Levander Decl. Ex. 135, Graham Dunbar, *FIFA Details Infantino's $6M Pay Deal with 33% Increase in Bonus After 2025 Club World Cup*, AP News (Mar. 19, 2026), https://apnews.com/article/fifa-accounts-president-infantino-salary-bonus-3bb4b3a1e614326d82d0e6356a44e8ac.

confederations, and no mechanism was established to ensure that Infantino's personal financial interest in the transaction did not influence his role in developing and advancing it.[147]

## IV. THE FALLOUT FROM THE FFE PROPOSAL

### A. The FFE Proposal Provoked An Immediate And Global Rejection

Within hours of Infantino's announcement of the FFE proposal, it was universally condemned by UEFA, other regional confederations, national associations, leagues, players' representatives, senior FIFA officials, fans, and political leaders, virtually all of whom publicly challenged both the substance of the FFE and the process by which it had been developed.[148]

#### 1. FIFA's Members And Confederations Rejected The Process

UEFA responded first and forcefully, stating that the proposal "crosses a line that football's governing institutions should never cross" and objecting both to private ownership of football's commercial assets and to the absence of transparency concerning who stood to benefit: "the soul and governance of football are not assets to trade—especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell."[149] Two days later, UEFA's 55 member associations formalized their unanimous rejection referenced above.[150]

The opposition was not confined to UEFA. CONCACAF disclosed that it had learned of FFE only through media reports and criticized the lack of due process, the absence of consultation

---

[147] Levander Decl. Ex. 98; Levander Decl. Ex. 134.

[148] *See, e.g.*, Levander Decl. Ex. 105; Levander Decl. Ex. 136, *Gianni Infantino Dealt Another Blow as AFC Joins UEFA, CONCACAF in Rejecting World Cup Plan*, ESPN (July 31, 2026), https:////espn.com/soccer/story/_/id/49494953/gianni-infantino-dealt-another-blow-afc-joins-uefa-concacaf-rejecting-world-cup-plan.

[149] *See* Levander Decl. Ex. 137, *UEFA Statement on The Times Article*, UEFA (July 28, 2026), https:////uefa.com/news-media/news/02a7-2138003823f8-f1aa47e28763-1000--uefa-statement-on-the-times-article; *see also* Levander Decl. Ex. 138, Mark Ogden, *UEFA to Discuss World Cup Boycott Over FIFA Private Investment Plan – Sources*, ESPN (July 28, 2026), https:////espn.com/soccer/story/_/id/49470028/uefa-blasts-fifa-proposal-10-billion-world-cup-private-investment.

[150] *See* Levander Decl. Ex. 92.

with FIFA's governing bodies, and the short deadline imposed on member associations.[151] After convening its member association presidents, CONCACAF formally rejected the proposal and instructed its FIFA Council representatives to demand that any such matter proceed through FIFA's proper governance structures.[152] The Asian Football Confederation likewise insisted that a transaction capable of reshaping football's commercial future required good governance, transparency, adequate information, and sufficient time for confederations, and it subsequently expressed solidarity with UEFA and CONCACAF.[153] Taken together, the confederations publicly opposing the process represented a substantial majority of FIFA's membership.[154]

2. The Wider Football And Geo-Political Communities Reached The Same Conclusion

The fierce reaction extended across the institutional structure of the sport. The World Leagues Association asked FIFA to withdraw the proposal, warning that FFE intensified the conflict between FIFA's role as regulator and its commercial interest in organizing competitions; European Leagues called it "a reckless and divisive development for world football" and stated that "[t]he World Cup should not be for sale. It is not FIFA president's private equity asset"; and the Fédération Internationale des Associations de Footballeurs Professionnels ("FIFPRO"), representing professional players globally, said it was particularly troubling that "a project of this

[151] *See* Levander Decl. Ex. 107; Levander Decl. Ex. 139, *Statement on Behalf of CONCACAF and Its 41 Member Associations*, CONCACAF (July 30, 2026), https:////concacaf.com/competitions/concacaf/news/statement-on-behalf-of-concacaf-and-its-41-member-associations
[152] *See* Levander Decl. Ex. 139.
[153] *See* Levander Decl. Ex. 108; Levander Decl. Ex. 140, *AFC Stands in Solidarity with UEFA and CONCACAF to Protect the FIFA World Cup*, AFC (July 31, 2026), https:////the-afc.com/en/more/afc_news.html/news/afc-stands-in-solidarity-with-uefa-and-concacaf-to-protect-the-fifa-world-cup; Levander Decl. Ex. 136; Levander Decl. Ex. 141, *AFC President Doubles Down on FIFA, Calling World Cup Plan 'Unacceptable,'* Al Jazeera (July 30, 2026), https:////aljazeera.com/sports/2026/7/30/afc-president-doubles-down-on-fifa-calling-world-cup-plan-unacceptable.
[154] *See* Levander Decl. Ex. 92; Levander Decl. Ex. 139; Levander Decl. Ex. 140; Levander Decl. Ex. 5.

magnitude" had been "developed largely behind closed doors."[155] LaLiga President Javier Tebas said the proposal "doesn't seem like a reform. It seems like an electoral campaign financed with the future of football," adding that "[t]he competitions and commercial rights of Fifa are not the personal patrimony of Infantino."[156] The controversy also escaped the boundaries of sport and reached political leaders in World Cup host countries and in Europe, many of whom publicly questioned the proposal and FIFA's leadership.[157]

3. FIFA's Own Senior Officials Broke With President Infantino

Perhaps most revealing was the opposition from inside FIFA. Cordeiro resigned publicly on July 31, 2026, reiterating that he had not been involved in the development of the FFE and had learned of it through the media, as detailed above.[158] Lamour, FIFA's now *former* Chief Operating Officer and one of the two executives who had refused to approve the proposal at the Waldorf Astoria, likewise broke publicly with Infantino, saying that FIFA's staff had been deceived, describing the FFE as the project of one person, and calling on football's political leadership to confront what had occurred.[159] Senior officials within FIFA itself were thus saying that they had

[155] *See* Levander Decl. Ex. 142, *World Leagues Association Statement on FIFA Forward Enterprise*, World Leagues Association (July 30, 2026), https://worldleaguesforum.com/en/media/world-leagues-association-statement-on-fifa-forward-enterprise; Levander Decl. Ex. 109; Levander Decl. Ex. 143, *FIFPRO Statement: FIFA Forward Enterprise*, FIFPRO (Aug. 5, 2026), https:////fifpro.org/en/articles/2026/08/fifpro-statement-fifa-forward-enterprise; Levander Decl. Ex. 144, *European Leagues Statement on FIFA*, European Leagues (July 29, 2026), https://europeanleagues.com/european-leagues-statement-on-fifa/.

[156] Levander Decl. Ex. 145, Stephen McGowan, *SFA Chiefs to Attend UEFA Summit Regarding Gianni Infantino*, Herald Scotland (July 29, 2026), https:////heraldscotland.com/sport/26421522.sfa-chiefs-attend-uefa-summit-regarding-gianni-infantino/.

[157] *See, e.g.*, Levander Decl. Ex. 146, *Andy Burnham Joins Critics of FIFA's World Cup Private Investment Plan*, ESPN (July 28, 2026), https:////espn.com/soccer/story/_/id/49473099/andy-burnham-joins-critics-fifa-world-cup-private-investment-plan; Levander Decl. Ex. 147, David Cummings, *'I Don't Have Confidence' in FIFA President Gianni Infantino, Carney Says*, CBC (Aug. 5, 2026), https:////cbc.ca/news/politics/carney-fifa-president-9.7297433.

[158] *See* Levander Decl. Ex. 113.

[159] *See* Levander Decl. Ex. 105; Levander Decl. Ex. 106.

been excluded from a transaction of enormous institutional significance and that the organization had not met the standards of governance expected of it.

4. The U.S. Congress Is Also Investigating FIFA

Congressman Jamie Raskin, the ranking member of the House Judiciary Committee, wrote to Infantino seeking documents and an interview by August 9, 2026, and stating that his committee was investigating "a sustained campaign" by FIFA to obtain favorable treatment from the Trump Administration, including the U.S. Department of Justice's dismissal of a decade-old corruption case against former FIFA-linked defendants.[160] Infantino has still not publicly responded to the letter or otherwise addressed the Congressman's document requests and has not committed to a transcribed interview; a separate public statement Infantino issued the same week addressed only his critics generally, without responding to any of Congressman Raskin's specific allegations or requests.[161]

[160] *See, e.g.*, Levander Decl. Ex. 148, Rep. Jamie Raskin, *Letter to Gianni Infantino*, U.S. House Judiciary Committee (July 26, 2026), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2026-07-26-raskin-to-infantino-fifa-re-corruption.pdf; Levander Decl. Ex. 149, *Ranking Member Raskin Calls Foul on FIFA President Infantino for Trump Bribery and Corruption Scheme*, U.S. House Judiciary Committee Democrats (July 27, 2026), http://democrats-judiciary.house.gov/media-center/press-releases/ranking-member-raskin-calls-foul-on-fifa-president-infantino-for-trump-bribery-and-corruption-scheme; Levander Decl. Ex. 150, Adam Crafton, *FIFA's Gianni Infantino Requested to Appear Before House Committee Over Trump Relationship*, The New York Times (July 27, 2026), https:///
/nytimes.com/athletic/7471181/2026/07/27/gianni-infantino-trump-fifa-congress/.

[161] *See* Levander Decl. Ex. 151, Graham Dunbar, *FIFA's Infantino Targets Critics He Says Spread 'Hate and False Rumors' About World Cup*, AP News (July 27, 2026), https://apnews.com/article/world-cup-fifa-infantino-critics-16f8d9d9ade4b1d5499dfefc4368d0ae.

### B. Infantino Withdraws The FFE, Apologizes, And Fails To Resolve The Governance Crisis

The pressure ultimately forced Infantino to retreat. On August 1, he abandoned the FFE proposal as the fierce and unrelenting opposition from FIFA's members, confederations, stakeholders, and senior officials had made the project untenable.[162]

The withdrawal was followed by a hastily convened meeting organized by Infantino in Morocco, with only a select group of FIFA's management team and which resulted in an extraordinary acknowledgment from Infantino and Secretary General Mattias Grafström.[163] Specifically, in an August 5, 2026 joint letter, they acknowledged to FIFA members that "[i]t was certainly not the intention for the FIFA Council and FIFA Member Associations to feel excluded from the process and it should have been handled differently."[164] That admission—that the FIFA Council and member federations should have been, but were not, included—is itself an acknowledgment that the process by which the FFE plan was developed and approved departed from what FIFA's own governing documents and standards require.[165] Infantino promised that an internal review would be presented to the Council. Yet the same letter stated that "although mistakes were made, everything that was done, was done in full compliance with the FIFA regulatory framework" and threatened that "FIFA will no longer tolerate any attacks on its

[162] *See* Levander Decl. Ex. 152, Graham Dunbar, *Infantino Abandoned His World Cup Equity Plan After Seismic FIFA Backlash. Here's What to Know*, AP News (Aug. 1, 2026), https://apnews.com/article/world-cup-fifa-infantino-investors-10160e494eebf37301201b9175ec836d; *see also* Levander Decl. Ex. 136.

[163] *See* Levander Decl. Ex. 153, Luke Baker, *Gianni Infantino Clings to Fifa Presidency After Apologising for 'Mistakes' Over World Cup Sell-Off Plan*, The Independent (Aug. 6, 2026), https:////independent.co.uk/sport/football/gianni-infantino-apology-fifa-resign-mattias-grafstrom-b3028406.html; Levander Decl. Ex. 154, David Close, *Infantino Apologizes for 'Mistakes' but Retains FIFA's Backing at Crisis Meeting*, CNN (Aug. 5, 2026), https:////cnn.com/2026/08/05/sport/fifa-leadership-backs-infantino.

[164] *See* Levander Decl. Ex. 153; Levander Decl. Ex. 154.

[165] Levander Decl. Ex. 153.

integrity, good governance[,] and due process."[166] Those positions cannot be squared with the facts—namely that the Council, the member associations, and senior FIFA officials had all been excluded, and a small group of employees had been asked to approve a transaction developed outside FIFA's ordinary governance structure for the benefit of a few individuals.

## V. THE CONTEMPLATED SWISS CRIMINAL PROCEEDING AND THIS ACTION

### A. UEFA Is Contemplating Bringing A Swiss Criminal Proceeding Against Infantino And Other FIFA Officials

UEFA and its counsel are contemplating a Swiss criminal proceeding against Infantino and possibly other FIFA officials for criminal mismanagement under Article 158 of the Swiss Criminal Code, together with such further or alternative charges as the developed factual record may support. Declaration of André Kurz (Aug. 26, 2026) ("Kurz Decl.") ¶ 15, attached as **Exhibit B**.

Under Article 158 of the Swiss Criminal Code, "[a]ny person who by law, an official order, a legal transaction or authorisation granted to them, has been entrusted with the management of the property of another or the supervision of such management, and in the course of and in breach of their duties causes or permits that other person to sustain financial loss shall be liable to a custodial sentence not exceeding three years or to a monetary penalty [. . .] If the offender acts with the intention of securing an unlawful gain for themselves or another, a custodial sentence not exceeding five years or to monetary penalty shall be imposed." Swiss Criminal Code art. 158 para. 1; Kurz Decl. ¶ 20. There is jurisdiction to prosecute such criminal mismanagement in Switzerland where, as here, the conduct occurred, was omitted, or took effect. Kurz Decl. ¶ 21. FIFA is a Swiss association headquartered in Zurich; the FFE proposal was developed and directed by Infantino from FIFA's Zurich headquarters; and the financial loss arising from the FFE proposal is a loss to a Swiss association measured on FIFA's Swiss-audited accounts. *Id.* ¶ 22.

[166] Levander Decl. Ex. 153.

On information and belief, Infantino's actions described herein rise to the level of criminal mismanagement. But Swiss law does not require UEFA or its member associations to demonstrate a likelihood of success on the merits before the criminal proceeding is brought. *Id.* ¶ 23. Instead, criminal mismanagement is an *ex officio* offense that is prosecuted irrespective of an application from an aggrieved person as defined by Article 115 of the Swiss Code of Criminal Procedure and Swiss law expressly provides that any individual or legal entity is entitled to report such a criminal offense to the Swiss law enforcement authorities. *Id.*

UEFA is precisely the type of person that Swiss law contemplates will report criminal mismanagement to Swiss authorities. UEFA is a Swiss association with its seat in Switzerland whose institutional rights within FIFA, including the right to elect members to the FIFA Council, are fixed by the FIFA Statutes. *Id.* UEFA and its members' commercial and reputational interests are directly and immediately affected by the permanent alienation of an interest in FIFA's commercial enterprise arising from the FFE proposal as described in Section III of the Factual Background, above. *Id.* And UEFA's 55 member associations are entitled to development funding drawn from the same revenue base that the FFE transaction proposed to sell in part. *Id.* UEFA has publicly characterized the FFE process as "governance by intimidation—an act of coercion unworthy of an institution entrusted with the stewardship of the global game,"[167] and has resolved, together with its 55 member associations, to oppose the transaction. *Id.* ¶ 24.

**B. <u>This Application: Discovery From FIFA Americas And FWC2026 In Aid Of The Contemplated Swiss Proceeding</u>**

By this Application, UEFA seeks discovery pursuant to 28 U.S.C. § 1782 in aid of the foreign proceeding described in Section V.A of the Factual Background, above. Section 1782 authorizes a district court to order a person residing or found in the district to produce documents

[167] Levander Decl. Ex. 92.

or give testimony "for use in a proceeding in a foreign or international tribunal, ***including criminal investigations conducted before formal accusation***," 28 U.S.C. § 1782(a) (emphasis added), which includes proceedings that are "within reasonable contemplation" and not yet formally commenced. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 259 (2004) (citations omitted). Swiss counsel has confirmed, on the factual record described in this Application, that the proceeding is within reasonable contemplation for purposes of Swiss law and that UEFA has standing, as a complainant, to file a criminal complaint for criminal mismanagement against Infantino and potentially other FIFA officials as may be warranted.

The discovery sought by this Application is directed to the respondents found in this District: FIFA (Americas), Inc. and FWC2026 US, Inc., Florida corporations that share a principal office at 396 Alhambra Circle, Suite 400, Coral Gables, FL 33134, represent FIFA's main presence in the United States and have information relevant to Infantino's role in and his and FIFA's actions relative to the FFE proposal.

Specifically, UEFA seeks documents and communications from FIFA Americas and from FWC2026 concerning: (i) the origination, development, internal discussion, and public announcement of the FFE proposal, including FIFA's internal communications and discussions, and communications with Thrive, BANN, and other investors and advisors, from the earliest date on which the transaction was discussed through the date of production; (ii) any valuation work performed in connection with the FFE proposal, including all diligence materials shared with or received from any investor or advisor; (iii) the governance and internal approval process for the FFE proposal, including all materials presented to the FIFA Council, FIFA Congress, FIFA Bureau, or FIFA Management Board, the July 18, 2026 meeting of FIFA officials at the Waldorf Astoria, and all analyses of the approval requirements under FIFA's Statutes and governance

policies; (iv) agreements, term sheets, and transaction documents concerning the FFE proposal, including the contemplated equity stake, the anticipated use and allocation of proceeds, and any compensation, inducements, or benefits offered to FIFA's member associations in connection with the transaction; and (v) documents and communications concerning the withdrawal of the FFE on or about August 1, 2026, the August 5, 2026 leadership meeting in Rabat, Morocco, and any continued, revived, or renamed version of the proposal. The specific requests are reflected in full in Exhibits 158 and 160. UEFA further seeks the depositions of corporate representatives of FIFA Americas and of FWC2026 pursuant to Federal Rule of Civil Procedure 30(b)(6) on these and other related topics, as set forth in the accompanying subpoenas reflected in Exhibits 159 and 161.

This discovery bears directly on the elements of an Article 158 SCC charge and on the questions on which the Swiss authorities would be required to focus. Kurz Decl. ¶ 29. First, the requested documents and testimony will illuminate the breaches of duties by Infantino and other FIFA officials, including (i) whether the transaction was developed in a manner consistent with the FIFA Statutes and the FIFA Governance Regulations, or, as the public record already indicates, was concealed from senior FIFA executives, from the FIFA Council members, from the confederations, and from the players' representative body; and (ii) whether the persons acting on FIFA's behalf did so with a view to securing an unlawful gain for themselves or others. *Id.* ¶¶ 20, 29. FIFA Americas and FWC2026, as FIFA's principal U.S. operations during the period in which the FFE proposal was developed, announced, and ultimately withdrawn are among the entities best positioned to know how the transaction was structured, who was involved, what governance approvals were sought or bypassed, and what representations were made to investors and FIFA's own governing bodies—matters on which the record from public sources is incomplete and, in FIFA's own public statements, contested.

Second, the discovery bears on the financial structuring of the FFE deal. Among other things, the valuation work, financial models, and diligence materials in FIFA Americas' and FWC2026's possession are directly probative of whether the $4.2 billion price and approximately $20 billion implied enterprise value reflected an arm's-length valuation of FIFA or, as the public record indicates, a hugely depressed mark produced without independent or formal valuation, competitive process, or comparable-entity benchmarking. *See* Section III.C.2 above.

Third, the discovery bears on the intent element and on the identity of the beneficiaries of the transaction. Kurz Decl. ¶ 29. Article 158 requires "the intention of securing an unlawful gain for themselves or another." Swiss Criminal Code art. 158 para. 2; Kurz Decl. ¶ 20. Communications within FIFA Americas and FWC2026 and between their personnel and Infantino, Maffei, and other advisors and participants in the scheme concerning anticipated returns to the investor group, personal compensation or benefits to FIFA officials, and the political or reputational positioning of the transaction are directly probative of whether the transaction was structured for the benefit of FIFA and its 211 member associations or for the benefit of a defined group of outside investors and the FIFA officials who negotiated with them.

Fourth, the deposition testimony sought will permit examination on matters that documents alone will not resolve, including how the FFE transaction was originated and developed within FIFA; what FIFA personnel knew about the transaction's structure, valuation, and governance approvals; the roles played by Infantino, Maffei, Kushner, and other advisors and participants in the scheme; and the representations, if any, that FIFA officials made to investors concerning the internal approvals required for a permanent equity sale.

The legal grounds further supporting UEFA's § 1782 Application are laid out below.

## **MEMORANDUM OF LAW**

The Court should grant UEFA's *ex parte* Application because it readily satisfies the statutory requirements of 28 U.S.C. § 1782, as well as the discretionary factors set forth by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004). It is neither uncommon nor improper for district courts in this Circuit to grant § 1782 applications *ex parte*. *See In re Clerici*, 481 F.3d 1324, 1331–32 (11th Cir. 2007); *In re Application of Alves Braga*, 789 F. Supp. 2d 1294, 1303 (S.D. Fla. 2011) ("There is nothing inappropriate about an *ex parte* application under [28 U.S.C. § 1782]."); *In re Alianza Fiduciaria S.A.*, 2013 WL 6225179, at *2 (S.D. Fla. Oct. 24, 2013); *In re Pinchuk*, 2013 WL 5574342 (S.D. Fla. Sept. 20, 2013). Indeed, a court in this District recently granted precisely this relief on an *ex parte* basis to assist a private party seeking evidence in this District for use in a Swiss criminal investigation, holding that the court was "not concerned that the Application was filed ex parte" because "[c]ourts within this district routinely find *ex parte* applications for discovery under 28 U.S.C. § 1782 proper." *In re Application of Telf AG*, 2026 WL 1429285, at *1 (S.D. Fla. May 21, 2026).

### I. **THE APPLICATION SHOULD BE GRANTED BECAUSE IT SATISFIES ALL OF THE REQUIREMENTS OF 28 U.S.C. § 1782**

Section 1782, entitled "Assistance to foreign and international tribunals and to litigants before such tribunals," provides in relevant part that "[t]he district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal," on "application of any interested person." 28 U.S.C. § 1782(a). Such proceedings expressly include "criminal investigations conducted before formal accusation." *Id.* As the Supreme Court has explained, this language serves two aims of "providing efficient assistance to participants in international litigation" in U.S. federal courts and "encouraging foreign countries by example to

provide similar means of assistance to [U.S.] courts." *Intel*, 542 U.S. at 252 (quotation omitted). Consistent with these aims, the Eleventh Circuit has recognized the "broad range of discovery" that the statute authorizes. *See In re Clerici*, 481 F.3d 1324, 1333 (11th Cir. 2007). UEFA's Application satisfies each of the three statutory requirements.

First, ***FIFA Americas and FWC2026 "reside[] or [are] found" in the Southern District of Florida***, as demonstrated by the location of their principal office at 396 Alhambra Circle, Suite 400, Coral Gables, Florida 33134, within Miami-Dade County. *See Application of Consorcio Ecuatoriano de Telecomunicaciones S.A. v. JAS Forwarding (USA), Inc.* ("*CONECEL*"), 747 F.3d 1262, 1269 (11th Cir. 2014) (a corporation is "found" in a district where it "has an office and does business" there); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010) ("[T]he phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities."); *Absolute Activist Value Master Fund Ltd. v. Devine*, 2025 WL 764608, at *8 (11th Cir. Mar. 11, 2025) (the "resides or is found" language "extends to the limits of personal jurisdiction consistent with due process") *citing In re del Valle Ruiz*, 939 F.3d 520, 528 (2d Cir. 2019)). FIFA Americas and FWC2026 also maintain a registered agent for service of process in Florida, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301. Accordingly, the Court may order discovery from FIFA Americas and FWC2026.

Second, ***the requested discovery is "for use in" a contemplated Swiss criminal proceeding***, which constitutes "proceeding[s] in a foreign or international tribunal" under § 1782. For the purposes of § 1782, an investigation or potential lawsuit is a "proceeding." *See Intel*, 542 U.S. at 259. This Court and other federal courts have explicitly ordered discovery under § 1782 in support of Swiss criminal proceedings. *See, e.g.*, *In re Telf*, 2026 WL 1429285, at *3 (granting *ex parte* § 1782 application for discovery in aid of a criminal investigation pending before the Office

of the Public Prosecutor in Bellinzona, Switzerland, and crediting the "consistent entry of orders granting [§] 1782 applications in aid of Swiss criminal proceedings" as evidence that "Swiss tribunals are receptive to evidence obtained through U.S. judicial assistance"); *Ecoprivate Bus. Ltd. v. Clearing House Payments Co.*, 2023 WL 4848516, at *3 (S.D.N.Y. July 28, 2023) (granting § 1782 application where discovery was sought for use "in adversarial actions contemplated in Switzerland," and finding *Intel* receptivity factor satisfied because § 1782 "has routinely been used by courts in Swiss criminal proceedings" (quotation omitted)). The Eleventh Circuit has explained that Congress amended § 1782 in 1996 to add "including," reflecting its intent that § 1782 facilitate discovery for use in foreign criminal actions, and has found the statute applicable where the petitioner sought judicial assistance prior to formal accusation by the Swiss government. *Weber v. Finker*, 554 F.3d 1379, 1384 (11th Cir. 2009); *Gonzalez v. Verfruco Foods, Inc.*, 2023 WL 1794391, at *1 (11th Cir. Feb. 7, 2023) (affirming denial of a motion to vacate order granting *ex parte* application for discovery pursuant to § 1782 for use in anticipated litigation in Mexico); *Application of Furstenberg Fin. SAS v. Litai Assets LLC*, 877 F.3d 1031, 1034 (11th Cir. 2017) ("Applicants intend to file a criminal complaint with a claim for damages in Luxembourg. The complaint will trigger a criminal investigation by a judge. Such investigations are proceedings within the meaning of § 1782."). In *Intel*, the Supreme Court held that a foreign proceeding need not be initiated to satisfy § 1782—only that it be "within reasonable contemplation." 542 U.S. at 259. The Eleventh Circuit applies this standard by asking whether the applicant has offered an objective indicium—such as a sworn declaration articulating a concrete intent to pursue specific claims—that the proceeding is more than speculative. *See CONECEL*, 747 F.3d at 1270 (affirming § 1782 discovery where the applicant's declaration stated it was considering criminal proceedings in Ecuador).

UEFA's showing here exceeds what courts in this Circuit have found sufficient. UEFA's own outside counsel has, in a contemporaneous written notice dated July 31, 2026, and publicly confirmed on August 4, 2026, expressly stated that UEFA "is actively considering legal action, arbitration, and/or regulatory complaints . . . arising out of and in connection with the FFE plan," and has demanded that FIFA Americas and FWC2026—not merely FIFA—preserve every category of document relevant to that anticipated legal action.[168]

UEFA's member associations' refusal to participate in FIFA competitions unless the FFE plan was withdrawn, and its subsequent public pledge to "identify those responsible and hold them to account," further corroborate that UEFA's institutional intent to pursue claims is genuine and not manufactured for this Application.[169] The Eleventh Circuit has found far thinner records sufficient. *See CONECEL*, 747 F.3d at 1270 (finding "reasonable contemplation" satisfied by a single sworn declaration from the applicant's own officer asserting only "possible indicia of liability"); *In re Application of Bracha Foundation*, 663 F. App'x 755, 763–64 (11th Cir. 2016) (finding proceedings "within reasonable contemplation" based on the applicants' representation of "intention to return to litigation" and an "articulated . . . theory," despite an unresolved precondition—an outstanding unpaid judgment—that prevent the applicants from filing suit at all); *In re Telf*, 2026 WL 1429285, at *1 (a Swiss investigation pending, without more, satisfied the "for use in" requirement). Here, UEFA's own retained counsel has done more than describe an intended legal theory—counsel has already served formal written notice of anticipated proceedings

[168]Levander Decl. Ex. 155, Preservation Demand from A. Levander to FIFA and Infantino (July 31, 2026); Levander Decl. Ex. 156, Kevin Hand, *UEFA Confirms Legal Letter Served to FIFA After Infantino's World Cup Plan*, Al Jazeera (Aug. 4, 2026).
[169] Levander Decl. Ex. 157, *UEFA Welcomes FIFA's Withdrawal of Plans to Sells a Stake in the World Cup*, UEFA (Aug. 1, 2026).

directly on FIFA and has retained Swiss counsel who, as described herein, anticipates filing a Swiss criminal complaint for criminal mismanagement. Kurz Decl. ¶ 15.

Third, ***UEFA is an "interested person" within the meaning of § 1782*** because it is the complainant in the contemplated criminal proceeding in Switzerland. UEFA and its 55 members are among FIFA's most significant stakeholders and their commercial and reputational interests are directly and immediately affected by the permanent alienation of an interest in FIFA's commercial enterprise arising from the FFE proposal. UEFA therefore has a clear interest in initiating Swiss criminal proceedings against Infantino and potentially others involved in the scheme and obtaining the evidence available for use in them. Kurz Decl. ¶ 23; *see also Intel*, 542 U.S. at 256 (holding that a "complainant" with the right to "prompt[] an investigation" and "submit information" to a foreign investigative authority "qualifies as an 'interested person' within any fair construction of that term"); *see also Ecoprivate Bus. Ltd.*, 2023 WL 4848516, at *3 (finding that "would-be litigants and/or participants" in contemplated Swiss criminal proceedings are "interested persons" for purposes of § 1782 (citations omitted)).

## II. DISCRETIONARY CONSIDERATIONS FURTHER COUNSEL GRANTING THE APPLICATION

Where, as here, the statutory requirements of § 1782 are met, the Court "may order" the requested discovery. 28 U.S.C. § 1782. In *Intel*, the Supreme Court identified four additional discretionary factors bearing on a § 1782(a) request: (1) whether the discovery target is a participant in the foreign proceeding; (2) the nature of the foreign tribunal and its receptivity to U.S. judicial assistance; (3) whether the request seeks to circumvent foreign proof-gathering restrictions; and (4) whether the request is unduly intrusive or burdensome. *See* 542 U.S. at 264–65; *see also In re Clerici*, 481 F.3d at 1334. Each factor favors granting this Application.

First, ***neither FIFA Americas nor FWC2026 is an anticipated defendant in the contemplated Swiss criminal proceeding***. Where, as here, the discovery targets are non-parties to the foreign proceeding, the first *Intel* factor weighs in favor of granting discovery, because the foreign tribunal will have no direct means of compelling their production. *See In re Telf*, 2026 WL 1429285, at *2 (finding first *Intel* factor favored discovery because discovery target was "not a participant in the Swiss investigation and is not located in Switzerland"); *In re Application of Mesa Power Group, LLC*, 878 F. Supp. 2d 1296, 1303 (S.D. Fla. 2012). Neither Swiss prosecutors nor the Swiss court will have any practical means of compelling discovery from them. Kurz Decl. ¶ 27. Absent this Court's assistance, UEFA will have no other realistic means of obtaining the evidence it seeks from FIFA Americas and FWC2026. Kurz Decl. ¶ 27.

Second, ***the Swiss forum can be expected to be receptive to evidence obtained through this Application***. Indeed, courts have repeatedly found Swiss tribunals receptive to § 1782 discovery in precisely this context. *See In re Telf*, 2026 WL 1429285, at *3; *Weber*, 554 F.3d at 1383; *Ecoprivate Bus. Ltd.*, 2023 WL 4848516, at *3. This factor weighs against discovery only where "authoritative proof" demonstrates that the foreign tribunal would reject the evidence sought. *In re Pons*, 614 F. Supp. 3d 1134, 1148 (S.D. Fla. 2020) (citing *Dep't of Caldas v. Diageo PLC*, 925 F.3d 1218 (11th Cir. 2019)). There is nothing in Swiss procedure that bars the submission of properly obtained foreign documentary evidence, and no basis whatsoever to conclude that a Swiss court would reject evidence obtained through an American court's judicial-assistance mechanism. Kurz Decl. ¶ 26; *see In re Telf*, 2026 WL 1429285, at *3 (granting discovery for use in Swiss criminal investigation when "no evidence indicating the Swiss investigation would not be receptive to assistance from this Court" and no showing of "authoritative proof" that the Swiss

tribunal would reject the evidence). Absent any such "authoritative proof" here, this factor favors granting the Application.

Third, ***UEFA is not attempting to circumvent any Swiss proof-gathering restriction***. Swiss law's limited party-driven document-request mechanism does not provide UEFA with any meaningful means of obtaining FIFA Americas' and FWC2026's deal-structuring, valuation, and governance-approval records held by FIFA Americas and FWC2026 from outside Switzerland. Furthermore, UEFA seeks this discovery in good faith to support its contemplated criminal claims in Switzerland against Infantino and other FIFA officials. In any event, § 1782 imposes no "foreign-discoverability" requirement. *Intel*, 542 U.S. at 259–64 ("[N]othing in the text of § 1782 limits a district court's production-order authority to materials that could be discovered in the foreign jurisdiction if the materials were there located."); *In re Clerici*, 481 F.3d at 1334–35; *In re Telf*, 2026 WL 1429285 (granting discovery without any inquiry into Swiss discoverability); *In re Venequip, S.A. v. Kelly Tractor Co.*, No. 21-cv-23754, 2021 LX 84904, at *1–4 (S.D. Fla. Oct. 28, 2021) (granting a § 1782 application for document production and deposition testimony from Florida non-parties for use in a Swiss action, without any inquiry into Swiss proof-gathering restrictions).

Fourth, ***the discovery sought is not unduly burdensome***. Kurz Decl. ¶ 28. UEFA seeks only information directly relevant to criminal claims in Switzerland against Infantino and possibly others concerning the structuring, financing, and negotiation of the FFE transaction: (1) the origination, development, and public announcement of the FFE, including communications with Infantino, Maffei, Kushner, and other key individuals and advisors; (2) all valuation and diligence materials, including financial models, the FFE investor pitch deck, and any fairness or third-party valuation opinions; (3) the governance and internal approval process, including materials

presented to FIFA's governing bodies and the Waldorf Astoria meeting; (4) all transaction documents, including agreements, term sheets, and documents concerning the equity stake, allocation of proceeds, and inducements offered to member associations; and (5) the withdrawal of the FFE, the Rabat leadership meeting, and any effort to revive, modify, or abandon the plan. To the extent this Application imposes any burden on FIFA Americas and FWC2026, that burden is minimal: the requested materials should be readily available in electronic form at FIFA Americas' and FWC2026's Coral Gables offices, and any incidental burden of a single corporate deposition for each FIFA Americas and FWC2026 is far outweighed by the central importance of this evidence to UEFA's contemplated proceedings. *Cf. In re Telf*, 2026 WL 1429285, at *3 (finding no undue burden where subpoenas "'specific categories of information'" directly relevant to the contemplated claim); *Ecoprivate Bus. Ltd.*, 2023 WL 4848516, at *3 (finding § 1782 discovery was not unduly burdensome where "subpoenas are temporally limited and seek documents directly related to Applicants' claims").

## III. <u>THE COURT SHOULD DIRECT FIFA AMERICAS AND FWC2026 TO PRESERVE RELEVANT EVIDENCE</u>

As part of the requested order, UEFA respectfully asks the Court to direct FIFA Americas and FWC2026 to preserve the documents, communications, and other materials sought by the subpoenas. Courts in this District routinely grant § 1782 relief on an *ex parte* basis and, in doing so, direct the discovery targets to "preserve all relevant and potentially relevant evidence in their possession, custody, or control until further order of this Court." *In re Tcherassi*, 2023 WL 2866429, at *1 (S.D. Fla. Feb. 6, 2023); *see also In re Alianza Fiduciaria S.A.*, 2013 WL 6225179, at *4 (S.D. Fla. Oct. 24, 2013).

FIFA Americas' and FWC2026's duty to preserve relevant evidence, moreover, has already attached. *See Hyundai Motor Am. Corp. v. EFN W. Palm Motor Sales, LLC*, 343 F.R.D.

230, 235 (S.D. Fla. 2022) (recognizing that parties owe a duty "to preserve property for another's use as evidence in pending or reasonably foreseeable litigation"). UEFA has already sent FIFA document-preservation notices arising from the FFE plan and the contemplated Swiss criminal proceeding is precisely the reasonably foreseeable litigation that triggers the obligation to preserve relevant evidence.[170]

A preservation directive is warranted here given the risk of spoliation. The relevant evidence in FIFA Americas' and FWC2026's custody and control in this District is also subject to control by Infantino as the president of FIFA. And Infantino has repeatedly demonstrated, as described herein, his willingness to use his position within FIFA for his own personal gain without regard to FIFA's internal and external obligations. *See* Section II.B above. Indeed, the FFE proposal was developed in secrecy, senior FIFA personnel were excluded, and at least one dissenting officer was ousted from the organization within days of criticizing it—circumstances that heighten, rather than diminish, the risk that responsive materials could be lost, altered, or discarded absent a court directive. An order requiring FIFA Americas and FWC2026 to preserve the evidence sought is therefore both appropriate and necessary to protect it for use in any Swiss criminal proceeding.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, Union des Associations Européennes de Football respectfully requests that the Court: (i) grant its *ex parte* Application for an Order under 28 U.S.C. § 1782 authorizing discovery from FIFA (Americas), Inc. and FWC2026 US, Inc. and enter the Order, in the proposed, or substantially similar, form; (ii) grant Applicant leave to serve the document subpoenas and Rule 30(b)(6) deposition notices attached as Exhibits 158 through

[170] Levander Decl. Ex. 155.

161 to the Levander Declaration; (iii) direct FIFA (Americas), Inc. and FWC2026 US, Inc. to duly preserve all documents, communications, and other evidence related to the subject matter of this Application; and (iv) authorize UEFA to issue additional subpoenas fifteen (15) days after the filing of Notice of Intent to Serve Subpoena to any other party residing or found within the Southern District of Florida, likely to have relevant evidence to be used in the contemplated foreign proceeding.

Dated: August 27, 2026

*/s/ Aliette D. Rodz*

Aliette D. Rodz
Florida Bar No. 0173592
arodz@shutts.com
Elle A. Thomas
Florida Bar No. 1051229
ethomas@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Tel. (305) 347-7342
Fax (305) 381-9982

Andrew J. Levander
(*pro hac vice* forthcoming)
andrew.levander@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel. (212) 698-3500
Fax (212) 698-3599

Christina G. Sarchio
(*pro hac vice* forthcoming)
christina.sarchio@dechert.com
Scott E. Lerner
(*pro hac vice* forthcoming)
scott.lerner@dechert.com
Benedict S. Bernstein
(*pro hac vice* forthcoming)
benedict.bernstein@dechert.com
Aimee C. Hwang
(*pro hac vice* forthcoming)

aimee.hwang@dechert.com
DECHERT LLP
1900 K Street NW
Washington, D.C. 20006
Tel. (202) 261-3300
Fax (202) 261-3333

Ariel D. Smith
(*pro hac vice* forthcoming)
ariel.smith@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel. (215) 994-4000
Fax (215) 994-2222

*Counsel for Applicant Union des Associations Européennes de Football (UEFA)*