**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25872-MARTINEZ/Sanchez**

UNION DES ASSOCIATIONS
EUROPEENNES DE FOOTBALL,

Petitioner,

v.

FIFA (AMERICAS), INC. and
FWC2026 US, INC.,

Respondents.
_________________________________/

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636(b), Federal Rules of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that this case is referred to United States Magistrate Judge Eduardo I. Sanchez for rulings on all pre-trial, non-dispositive matters and for issuance of a Report and Recommendation on any dispositive matters. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Sanchez on all filings and submissions in this action.

**DONE AND ORDERED** in Miami, Florida, this 6 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record